

EXHIBIT 1

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| | FILE TITLE | |
| | DATE | |

DIVISION/DISTRICT OFFICE

Atlanta Field Office

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Copy of medical records pertaining to Christopher Benoit | |
| | nothing below | |

RECEIVED BY (Signature)

*Monica L. Azar*

NAME AND TITLE (Print or Type)

Monica L. Azar

WITNESSED BY (Signature)

*Lanita R. Hill*

NAME AND TITLE (Print or Type)

Lanita R. Hill (Diversion Inv. Asst)



## Georgia
### DRIVER'S LICENSE
NUMBER 071754038    EXPIRES 05-21-2007

BENOIT, CHRISTOPHER M
304 PEMBERTON CT
PEACHTREE CITY, GA 30269-3826

| SEX | BIRTHDATE | EXAM DATE | COUNTY |
|-----|-----------|-----------|--------|
| M | 05-21-1967 | 05-26-2003 | 056 |

| HEIGHT | WEIGHT | CSC | FEE | RESTRICTIONS |
|--------|--------|-----|-----|--------------|
| 5-10 | 225 | 7 24 | 005.00 | |

| CLASS | ENDORSEMENTS | TYPE |
|-------|--------------|------|
| C | | DUP |





**Lexapro**
escitalopram oxalate
See Boxed Warning

Dr Rios

203-249-6673

appt June 13 @ 3.00

WELCOME TO OUR OFFICE                                                 DATE _June 7, 200_

Patient: (Mr. Mrs. Ms.) ___Benoit___ ___Christopher___ ___M.___
                           Last            First           Middle

Address: _304 Pemberton Ct_ City _Peachtree City_ State _GA_ Zip _30269_

Home Phone: _770-486-0577_  481-2745  Date of Birth _5-21-67_ Social Sec. # _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_

Employer: _Wolverine Sports Inc._ Bus. Phone _770-331-4285_

Employer's Address: _304 Pemberton ct_ City _Peachtree City_ State _GA_ Zip _30269_

Spouse's Name: _Nancy Sullivan_ Address: _____
                                         (If Different from above)

## INSURANCE INFORMATION

Insurance Company Name: _State Farm_ ID # _Hospital Benefits Only_

Secondary Insurance Co.: _____ ID # _____

Medicare #: _____ Medicaid #: _____

Referred By: _Ray Traylor_ City _____ State _____

## INSURANCE AUTHORIZATION AND ASSIGNMENT

I request that payment of authorized Medicare/Other Insurance company benefits be made to the attending physician for any services furnished me by that physician. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable to related services.

I understand my signature requests that payment be made and authorizes release of medical information necessary to pay the claim. In Medicare/Other Insurance company assigned cases, the physician agrees to accept the charge determination of the Medicare/Other Insurance company as the full charge, and the patient is responsible only for the deductible, coinsurance, and non covered services.

SIGNATURE ___Chris Benoit___ DATE _JUNE 7, 2000_

IN CASE OF EMERGENCY. PLEASE CALL _____
                                         NAME

PHONE: _____

Phil C. Astin III, M.D.
702 Dixie Street
Carrollton, Ga. 30117

 **HEALTH INSURANCE**

State Farm Mutual Automobile Insurance Company

BASIC HOSPITAL-SURG
Policy # HB456900 1111

Insured: CHRIS M BENOIT
Agent: MARK GRAY

(770) 487-8561

**NON PPO PROVIDERS SEND BILLS TO:**
STATE FARM HEALTH INSURANCE
7401 CYPRESS GARDENS BOULEVARD
WINTER HAVEN FL 33888
PHONE: (941) 325-3163
AFFORDABLE PPO PROVIDERS SEND BILLS TO:
S F H I
P O BOX 3577
SCOTTSDALE AZ 85271-3577

---

SPECIAL MEDICAL INFORMATION

| Allergies: NONE | Blood Type: |
|---|---|

In Case of an Emergency Contact:

Name: Michael or Margaret Benoit

Phone: 403 922-3371

*Please contact your State Farm Agent or Group
Plan Administrator to report a claim.*

PATIENT QUESTIONNAIRE

Instructions:   Please answer all questions to the best of your ability.
Check all questions asking for yes or no answers appropriately, but leave blank if you are not sure.
Leave comments blank as these will be filled in by the physician.

A.   GENERAL HEALTH (circle) — Excellent   Good   Fair   Poor

B.   PAST MEDICAL HISTORY:

| | Yes | No | Year | Complications | Comments |
|---|---|---|---|---|---|
| MEDICAL ILLNESSES | | | | | |
| Measles (Red) | | | | | |
| Measles (German) | | | | | |
| Mumps | | | | | |
| Chickenpox | ✓ | | | | |
| Polio | | | | | |
| Rheumatic fever | | | | | |
| Pneumonia | | | | | |
| Tuberculosis | | | | | |
| Cancer | | | | | |
| Diabetes | | | | | |
| Blood Disorders | | | | | |
| Heart Disease | | | | | |
| Kidney Disease | | | | | |
| High Blood Pressure | | | | | |
| Liver Disease | | | | | |
| Glandular Disorders | | | | | |
| Skin Disease | | | | | |
| Neurologic Disorders | | | | | |
| Emotional Disorders | | | | | |

12-0102

OTHER ILLNESSES AND/OR SURGERY: (Please list illness or surgery, year, and complications)

| | Year | Complications | Comments |
|---|---|---|---|
| Elbow Seirgury | 1998 | NO | |
| | | | |
| | | | |
| | | | |
| | | | |

INJURIES: (List all significant injuries which you can recall either in childhood or adult life with approximate date and complications)

| | Year | Complications | Comments |
|---|---|---|---|
| CONCUSSION | 1997 | NO | |
| " | 2000 | NO | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| IMMUNIZATIONS: | Yes | No | Year |
|---|---|---|---|
| Small Pox | ✓ | | childhood |
| Tetanus | ✓ | | '' |
| Polio | ✓ | | '' |
| German Measles | ✓ | | '' |
| Other (Specify) | | | |

ALLERGIES: (List all drugs or substances to which you are allergic and specify type of reaction
(ie: itching, rash, hives, wheezing, swelling, etc.)

| Allergy | Reaction |
| --- | --- |
| Morphine | Nausea |
| | |
| | |
| | |

| HABITS: | No | Yes | How much (per day/per week) |
| --- | --- | --- | --- |
| Cigarettes | ✓ | | |
| Cigars | ✓ | | |
| Pipe | ✓ | | |
| Alcohol | | ✓ | Occasional |
| Drugs (Specify) | ✓ | | |

MEDICATIONS: (List all medications which you now take regularly).

| Medication | Amount per day |
| --- | --- |
| Vicodin | Varies |
| Valium | 1-2 per day |
| Percocet | 1-2 per day |
| | |
| | |

List all medications which you have taken in the past 6 months (excluding those listed above)

Cortizone

C.   FAMILY HISTORY:

| | Age | State of health (If dead, cause of death) |
|---|---|---|
| Father | | |
| Mother | | |

| Brothers | Sisters | Age | State of health (If dead, cause of death) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Children

| Male | Female | Age | State of health (If dead, cause of death) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Have any relatives had the following:

| Illness | No | Yes | If yes, what relation? | Comments |
|---|---|---|---|---|
| Diabetes | ✓ | | | |
| High blood pressure | ✓ | | | |
| Heart disease | ✓ | | | |
| Kidney disease | ✓ | | | |
| Strokes | ✓ | | | |
| Hardening of the arteries | ✓ | | | |
| Arthritis or rheumatism | ✓ | | | |
| Goiter | ✓ | | | |
| Cancer | ✓ | | | |
| Tuberculosis | ✓ | | | |
| Venereal disease | ✓ | | | |
| Seizures | ✓ | | | |

D. REVIEW OF SYSTEMS: Please check yes or no as deemed appropriate regarding the following symptoms. If you are not sure, leave blank. Leave comments blank.

| No | Yes | GENERAL | Comment |
|----|-----|---------|---------|
| ✓ | | Weakness | |
| ✓ | | Tiredness | |
| ✓ | | Early morning | |
| ✓ | | Late afternoon | |
| ✓ | | Lack of appetite | |
| ✓ | | Excess appetite | |
| ✓ | | Weight loss | |
| ✓ | | Weight gain | |
| ✓ | | Chills | |
| ✓ | | Fever | |
| ✓ | | Night sweats | |
| | ✓ | Difficulty in sleeping | |

| No | Yes | EYES, EARS, NOSE, THROAT | Comment |
|----|-----|--------------------------|---------|
| ✓ | | Decreased ability to see | |
| ✓ | | Blurred vision | |
| ✓ | | Spots before your eyes | |
| ✓ | | Pain in the eyes | |
| ✓ | | Infection of the eyes | |
| ✓ | | Difficulty in hearing | |
| ✓ | | Ringing in your ears | |
| ✓ | | Pain in your ears | |
| ✓ | | Discharge from the ears | |
| ✓ | | Nosebleeds | |
| ✓ | | Running of the nose | |
| ✓ | | Stuffiness of your nose | |
| ✓ | | Sneezing | |
| ✓ | | Post-nasal drip | |
| ✓ | | Sinus trouble | |
| ✓ | | Hay fever | |
| ✓ | | Sore throat | |
| ✓ | | Hoarseness | |
| | ✓ | Pain in the neck | |
| ✓ | | Dental trouble | |
| ✓ | | Bleeding gums | |

| No | Yes | RESPIRATORY | Comment |
|----|-----|-------------|---------|
| ✓ | | Dry cough | |
| ✓ | | Cough up phlegm | |
| ✓ | | Cough up blood | |
| ✓ | | Wheezing | |
| ✓ | | Asthma | |
| ✓ | | Shortness of breath at rest | |
| ✓ | | Shortness of breath with exertion | |
| ✓ | | Pain in the chest when you cough, sneeze or move | |

| No | Yes | CARDIOVASCULAR | Comment |
|----|-----|----------------|---------|
| ✓ | | Chest pain, tightness or squeezing | |
| ✓ | | Shortness of breath lying down | |
| ✓ | | Need to sit up to breathe | |
| ✓ | | Heart racing | |
| ✓ | | Irregular heart beat (palpitations) | |
| ✓ | | Heart murmur | |
| ✓ | | Swelling of the legs | |
| ✓ | | Varicose veins | |
| ✓ | | Leg pain at rest | |
| ✓ | | Leg pain with exertion | |
| ✓ | | Blue or purple discoloration of hands or feet | |

| No | Yes | BREASTS | Comment |
|----|-----|---------|---------|
| ✓ | | Lumps | |
| ✓ | | Pain | |
| ✓ | | Discharge | |

| No | Yes | GASTROINTESTINAL | Comment |
|----|-----|------------------|---------|
| ✓ | | Nausea | |
| ✓ | | Vomiting | |
| ✓ | | Diarrhea | |
| ✓ | | Constipation | |
| ✓ | | Heartburn | |
| ✓ | | Abdominal pain | |
| ✓ | | Bright red blood in stools | |
| ✓ | | Black stools | |
| ✓ | | Change in bowel habits | |
| ✓ | | Food intolerance | |
| ✓ | | Need for antacids | |
| ✓ | | Hemorrhoids | |

| No | Yes | URINARY | Comment |
|----|-----|---------|---------|
| ✓ | | Urinary tract infections | |
| ✓ | | Pain or burning on urination | |
| ✓ | | Frequent urination − day | |
| ✓ | | Frequent urination − night | |
| ✓ | | Unusually large volumes of urine | |
| ✓ | | Extreme urge to urinate | |
| ✓ | | Difficulty starting urinary stream | |
| ✓ | | Difficulty stopping urinary stream | |
| ✓ | | Kidney stones | |

| No | Yes | GENITO-REPRODUCTIVE (Male) | Comment |
|----|-----|-----------------------------|---------|
| ✓ | | History of venereal disease | |
| ✓ | | Discharge from penis | |
| ✓ | | Testicular pain | |
| ✓ | | Lumps in testicles or scrotum | |
| ✓ | | Decrease in testicular size | |
| ✓ | | Decreased sexual desire | |
| ✓ | | Decreased ability to achieve erection | |

Please indicate appropriate answers to .e following:

| No | Yes | GENITO-REPRODUCTIVE (Female) | Comment |
|----|-----|------------------------------|---------|
|    |     | Age of onset of menstrual periods | |
|    |     | Age which periods stopped (menopause) | |
|    |     | How far apart are your periods? | |
|    |     | How many days do they last? | |
|    |     | Is flow heavy, scanty or normal? (circle one) | |
|    |     | Do you ever bleed between periods? | |
|    |     | Do you ever have to go to bed because of cramps? | |
|    |     | When was date of your last normal period? | |
|    |     | When was date of the last period before that? | |
|    |     | Do you ever have heavy vaginal discharge? | |
|    |     | Have you had any venereal disease? (if yes, what kind)? | |
|    |     | Does intercourse cause undue pain? | |
|    |     | Do you have decreased sexual desire? | |
|    |     | Have you had any vaginal bleeding since menopause? | |
|    |     | Are you bothered by hot flashes? | |
|    |     | Are you taking any female hormones? | |
|    |     | | |
|    |     | | |
|    |     | | |

| OBSTETRICAL | Number | None | Comment |
|-------------|--------|------|---------|
| Pregnancies | | | |
| Full term deliveries | | | |
| Miscarriages | | | |
| Stillbirths | | | |
| Complications | | | |
|   high blood pressure | | | |
|   toxemia | | | |
|   severe hemorrhage | | | |
|   any children over 9 lb. at birth | | | |
|   other (indicate type) | | | |
| | | | |
| | | | |
| | | | |

| No | Yes | MUSCULOSKELETAL | Comment |
|----|-----|-----------------|---------|
|    | ✓   | Painful joints | |
| ✓  |     | Swelling of any joints | |
| ✓  |     | Redness of any joints | |
|    | ✓   | Stiffness of any joints | |
| ✓  |     | Deformities of the joints or extremities | |
| ✓  |     | Muscle pain | |
|    | ✓   | Back pain | |
| ✓  |     | Pain down the back of your legs | |

| No | Yes | ENDOCRINE | Comment |
|----|-----|-----------|---------|
| | | Goiter | |
| | | Heat intolerance | |
| | | Cold intolerance | |
| | | Tremulousness of the hands | |
| | | Change in pitch of the voice | |
| | | Increased body hair (face, under arms or pubic) | |
| | | Decreased body hair (face, under arms or pubic) | |
| | | Decrease in breast size | |
| | | Loss of periods (disregard if from normal menopause) | |
| | | Increased thirst | |
| | | Increased urination | |
| | | Marked increase in appetite | |

| No | Yes | NEUROLOGIC / PSYCHIATRIC | Comment |
|----|-----|--------------------------|---------|
| | | Nervousness | |
| | | Depression | |
| | | Difficulty in going to sleep | |
| | | Early morning awakening | |
| | | Difficulty with memory for past events | |
| | | Difficulty with memory for recent events | |
| | | Difficulty with thinking or problem solving | |
| | | Headaches | |
| | | Blackouts | |
| | | Dizziness | |
| | | Double vision | |
| | | Paralysis or weakness of a limb(s) | |
| | | Loss of sensation | |
| | | Loss of balance | |
| | | Loss of coordination | |
| | | Difficulty in speaking | |

| No | Yes | SKIN | Comment |
|----|-----|------|---------|
| | | Dryness of skin | |
| | | Itching | |
| | | Rash | |
| | | Change in skin color | |
| | | Change in texture of the hair | |
| | | Falling out of the hair | |
| | | Nail changes | |
| | | Skin ulcers | |



## CARROLLTON SURGICAL GROUP, P.A.
GENERAL AND VASCULAR SURGERY

JAMES C. POPE, M.D., FACS
THOMAS E. REEVE, III, M.D., FACS
DAVID W. GRIFFIN, M.D., FACS
BRIAN E. BARDEN, M.D.

157 CLINIC AVENUE, SUITE 302
CARROLLTON, GEORGIA 30117
(770) 834-3336
FAX (770) 832-2331

RAUL G. ZUNZUNEGUI, M.D., FACS
BARRY E HARRIS, M.D.
KATHRYN B. SAMPLES, PA-C

204 ALLEN MEMORIAL DRIVE, SUITE 103
BREMEN, GEORGIA 30110
(770) 537-4702
FAX (770) 537-4539

## FAX TRANSMISSION COVER SHEET

DATE: _3-13-07_

TO: _Dr. Ashri_

LOCATION: _____

FAX NUMBER: _____

TELEPHONE: _____

FROM: _Melissa_

Telephone: 770-834-3336      Fax Number: 770-832-2331

COMMENTS: _____

NUMBER OF PAGES INCLUDING COVER SHEET _10_

The information contained in this facsimile message may be privileged and confidential and is only for the use of the individual or entity named on this cover sheet. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication has been received in error, the reader shall notify the sender at 770-834-3336 immediately by telephone, calling collect if the reader is located outside the calling area, and shall destroy all information received.

Thank you.

# History and Physical

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | Chris Benoit | | **Visit Date:** | June 12, 2006 |
| **Patient ID:** | 42459 | | **Provider:** | Thomas E. Reeve, III MD |
| **Sex:** | Male | | **Location:** | Carrollton Surgical Group |
| **Birthdate:** | May 21, 1967 | | | |

## Chief Complaint

- "Lump near my navel"

## History Of Present Illness

The patient is a 39 year old white male, referred by Phil C Astin for evaluation of a supraumbilical hernia. He reports a bulge in the umbilical region. The bulge has been present for 3 months. The patient has not attempted to reduce the bulge.. He has no history of prior abdominal surgeries.

He reports no associated pain, nausea, paresthesias at the site.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| No Past Medical History | -- | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Elbow Surgery | -- | Repair Ligament |
| Neck Fusion | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| No Current Medications | | -- |

## Allergy List

| Allergen Name | Reaction | Notes |
|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| No Significant Family History | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Does not drink alcohol | -- | --/-- | -- | -- |
| Does not smoke | -- | --/-- | -- | -- |
| Married | -- | --/-- | -- | -- |

## Review of Systems

### Constitutional

  o **Denies** : fatigue, fever, loss of appetite

[Digital Signature Validated]

**Eyes**
- o **Denies** : blurred vision, amaurosis fugax

**HENT**
- o **Denies** : lightheadedness, nasal congestion

**Cardiovascular**
- o **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea, claudication

**Respiratory**
- o **Denies** : shortness of breath, wheezing, cough, hemoptysis

**Gastrointestinal**
- o **Denies** : nausea, vomiting, diarrhea, constipation, dysphagia, heartburn, hematemesis, jaundice, blood in stools, hematochezia, melena

**Genitourinary**
- o **Denies** : frequency, dysuria, nocturia, hematuria

**Neurologic**
- o **Denies** : muscular weakness

**Musculoskeletal**
- o **Denies** : joint pain, muscle cramps

**Endocrine**
- o **Denies** : weight gain, weight loss

**Heme-Lymph**
- o **Denies** : lightheadedness, easy bleeding

## Vitals

| Date | Time | BP | Position | Body Site | Laterality | Cuff Size | HR | RR | TEMP(°F) | WT | HT |
|------|------|-----|----------|-----------|------------|-----------|-----|-----|----------|-----|-----|
| 06/12/2006 | 4:03:53 PM | 128/81 | Sitting | | | | 52 - R | 18 | | 217lbs 0oz | 5' 10" |

## Physical Examination

**Constitutional**
- o **Appearance** : well nourished, well developed, alert, oriented, in no acute distress

**Eyes**
- o **Conj, Sclera, Lids** : conjunctiva normal, sclera white without injection, eyelid appearance normal
- o **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally

**HENT**
- o **Head** : normocephalic, atraumatic
- o **Ears - External** : external ears within normal limits
- o **Ears - Hearing** : hearing intact
- o **Nose** : external nose normal appearance
- o **Mouth and Lips** : oral cavity appearance normal, oral mucosa pink and moist
- o **Oropharynx** : oropharynx clear without erythema or exudates

**Neck**
- o **Neck** : normal appearance, range of motion normal
- o **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Chest**
- o **Inspection of chest** : no lesions or traumatic injuries, no deformities present
- o **Respiratory Effort** : breathing unlabored
- o **Auscultation** : normal breath sounds

**Cardiovascular**
- o **Auscultation** : regular rate, normal rhythm, no murmurs present
- o **Carotid arteries** : normal pulses bilaterally, no bruits present
- o **Abdominal aorta** : aortic pulse normal without bruits
- o **Femoral a.** : normal femoral pulses, no bruits present
- o **Pedal pulses** : pulses 2+ bilaterally
- o **Peripheral circulation** : no edema, no cyanosis

**Gastrointestinal**

[Digital Signature Validated]

- o **Palpation/Auscultation** : abdomen nontender to palpation, normal bowel sounds, tone normal without rigidity or guarding, no masses present, no incisions present
- o **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- o **Hernias** : *incarcerated ventral hernia present*
  *See:* diagram

**Lymphatic**
- o **Neck** : no lymphadenopathy present
- o **Groin** : no lymphadenopathy present

**Musculoskeletal**
- o **Head and Neck** : normocephalic, head atraumatic
- o **Digits and Nails** : no clubbing, cyanosis, deformities or edema present, normal appearing nails
- o **Gait and station** : normal gait

**Skin**
- o **Inspection** : no suspicious lesions present, no areas of discoloration present
- o **Palpation** : no masses present on palpation, no tenderness to palpation

**Neurologic**
- o **Cranial Nerves** : cranial nerves intact bilaterally
- o **Sensation** : sensation intact to light touch in extremities

**Psychiatric**
- o **Judgement, insight** : judgement and insight intact
- o **Orientation** : oriented to person, oriented to place, oriented to time
- o **Mood and affect** : mood normal, affect appropriate

**Figure 1.0:** Abdomen



Soft non-reducible 3cm bulge above umbilicus - actual defect not palpable.

## Assessment

- Ventral Hernia 553.20

## Plan
**Instructions**

[Digital Signature Validated]

- o Verbal and written consent obtained
- o Pre-operative instructions provided
- o Post-operative instructions provided
- o Schedule surgery (patient will be informed of date) - Repair (open or possible laparoscopic) of ventral (epigastric) hernia
- o Letter to referring MD

**Electronically Signed by:** Thomas E. Reeve, III MD on June 12, 2006 05:51:47 PM

[Digital Signature Validated]

45380



## TANNER MEDICAL CENTER
### 705 Dixie Street
### Carrollton, Georgia 30117

## OPERATIVE REPORT

**PATIENT NAME:** BENOIT,CHRIS
**ROOM NUMBER:**
**PATIENT TYPE:** REG SDC
**MEDICAL RECORD #:** M000410574
**ACCOUNT NUMBER:** L00001305897
**ATTENDING PHYSICIAN:** REEVE III, THOMAS E
**DICTATED BY:** REEVE, THOMAS E III
**ADMISSION DATE:**

Date/Time Dictated:
Date/Time Transcribed:
Report Number: OP0624-0049

Dict: 06/23/2006 12:30:53
Trans: 06/23/2006 13:24:23

Job #: 38444

DATE OF PROCEDURE: 06/23/2006

PREOPERATIVE DIAGNOSIS: Incarcerated supraumbilical hernia.

POSTOPERATIVE DIAGNOSIS: Incarcerated supraumbilical hernia.

PROCEDURE: Repair of incarcerated supraumbilical hernia and placement of 4.3 x 4.3 cm circular Bard Ventralex mesh.

SURGEON: Thomas E. Reeve, M.D.

ANESTHESIA: General.

PATHOLOGY: This 38-year-old male was seen in the office recently with a 2-3 month history of a bulge above the umbilicus which is clinically consistent with an incarcerated supraumbilical hernia. The actual defect measured approximately 1 cm in diameter with incarcerated preperitoneal fat.

SPECIMENS: No specimen sent to pathology.

ESTIMATED BLOOD LOSS: Less than 10 mL.

OPERATIVE PROCEDURE: Following adequate preparation, the patient was taken to the operating room and placed in supine position. Following administration of general anesthesia, the patient's abdomen was prepped and draped in the usual sterile manner. The scalpel was used to make a midline incision slightly above the umbilicus overlying the defect and slightly caudad to it. The incision was carried through skin and subcutaneous tissue sharply. The underlying hernia sac was then bluntly dissected and freed from the surrounding fascia and reduced. The defect was slightly opened interiorly. The mesh was then placed with the straps separated and the excess excised. The straps and the polypropylene side of the mesh was then attached to the fascia anteriorly with interrupted 2-0 Novofil sutures. The cavity was irrigated.

Physician's copy
06/24/06 BENOIT,CHRIS

hemostasis noted, and subcutaneous tissue approximated with running 3-0 Vicryl, injected with 0.25% Marcaine with epinephrine, and the skin approximated with running 4-0 Vicryl in subcuticular fashion. Steri-strips were applied. Sponge and instrument counts correct x2. The patient tolerated the procedure well and was taken to the recovery room and subsequently Short Stay Unit in satisfactory condition. He will be discharged _____. Return to my office in 7-14 days or sooner p.r.n. He will be discharged with Percocel x24. Told _____ x12. He has been instructed as to exercise limitations, diet and incisional care.

TER/MEDQ
ModQuist

_____
THOMAS E REEVE III M.D.
REETH/

cc: REEVE III,THOMAS E

Physician's copy
06/24/06 BENOIT,CHRIS

# Quick Note

| Patient Name: | Chris Benoit | | Visit Date: | July 10, 2006 |
|---|---|---|---|---|
| Patient ID: | 42459 | | Provider: | Thomas E. Reeve, III MD |
| Sex: | Male | | Location: | Carrollton Surgical Group |
| Birthdate: | May 21, 1967 | | | |

## History Of Present Illness

The patient is a 39 year old white male who returns for a postoperative visit after undergoing repair of supraumbilical hernia utilizing Ventralex Mesh on 06/23/2006.

He denies any significant postoperative complications. The patient states he has resumed normal activities.

## Vitals

| Date | Time | BP | Position | Body Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2006 | 11:02:07 AM | 122/80 | Sitting | | | | | | | | | | |

## Physical Examination

**Constitutional**
- **Appearance** : A well-nourished, well-developed patient who ambulates without difficulty.

**Gastrointestinal**
- **Palpation/Auscultation** ; *well-healed incision present,* abdomen nontender to palpation, abdomen nondistended, no masses present, no abdominal bruits present
- **Hernias** : No abdominal wall hernias are present.

## Assessment

- Postoperative Follow-Up Visit V67.00

## Plan

**Instructions**
- Discussed further postoperative instructions
- Will see again as needed

**Electronically Signed by:** Thomas E. Reeve, III MD on July 10, 2006 11:46:50 AM

[Digital Signature Validated]

# CARROLLTON SURGICAL GROUP, P.A.
## VITALS LOG

Patient: Chris Benoit                 Chart # 45380

POPE        REEVE        GRIFFIN        BARDEN        ZUNZUNEGUI

| DATE | HT | WT | BP | Surgery Date | Mammogram Date | Complaint | Initials |
|------|----|----|----|----|----|----|----|
| 7/10/06 | | | 182/80 | 6/23/06 | | cigarettes but much better now Post q hernia | (C) |
| 8/14/06 | | | | 6/23/06 | | 1mo hernia | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# MEDICAL HISTORY

PATIENT  Chris Benoit                    DATE OF BIRTH 05·21·67 AGE 39
REFERRED BY  Dr. Astin        PRIMARY PHYSICIAN  Dr. Astin

CHIEF COMPLAINT  Abdominal - Umb Hernia   HOW LONG?  ?
MAIN SYMPTOMS

PRIOR SURGERIES:
TONSILLECTOMY?    YES   (NO)
APPENDECTOMY?     YES   (NO)
PACEMAKER?        YES   (NO)
GALLBLADDER?      YES   (NO)
HYSTERECTOMY?     YES   (NO)

HERNIA REPAIR?         YES   (NO)      Repair w/ injured
HEMORRHOIDECTOMY?      YES   (NO)
OTHER SURGERIES:  neck fusion, e/ back injury

CURRENT/PRIOR MEDICAL PROBLEMS

ANY TROUBLE WITH:                          IF YES, EXPLAIN:
  HEART?              YES   (NO)
  LUNGS?              YES   (NO)
  KIDNEYS?            YES   (NO)
  LIVER?              YES   (NO)
  BLOOD PRESSURE?     YES   (NO)
  GALLBLADDER?        YES   (NO)
  GASTROINTESTINAL?   YES   (NO)
  THYROID?            YES   (NO)

HAVE YOU HAD:                              IF YES, EXPLAIN:
  CANCER?             YES   (NO)
  STROKE?             YES   (NO)
  DIABETES?           YES   (NO)
  ASTHMA?             YES   (NO)
  HEART ATTACK?       YES   (NO)

FAMILY MEMBER HAD:                         IF YES, EXPLAIN:
  CANCER?             YES   (NO)
  DIABETES?           YES   (NO)
  HIGH BP?            YES   (NO)
  HEART DISEASE?      YES   (NO)

MEDICATIONS CURRENTLY TAKING
  NONE

ARE YOU ALLERGIC TO ANY MEDICATION?  (YES)   NO   morphine — vomiting/nausea

DO YOU USE TOBACCO?           YES   (NO)  AMOUNT?
DO YOU USE ALCOHOL/DRUGS?     YES   (NO)  HOW OFTEN?

## DO NOT WRITE BELOW THIS LINE

GYN/OB HISTORY:
LMP_____  G_____  P_____  A:_____  LC_____        PAP SMEAR _____
                                                             MAMMOGRAM _____

WEIGHT  217   HEIGHT  5'10"   BP  128/81   DATE  6/12/06
                                P. 52 P. R    NURSE

Dr. Phil C. Astin III, M.D., P.C.
702 Dixie Street
Carrollton, GA 30117

☐ Please call to confirm receipt

☐ Please respond by return fax

☐ Call only if transmission is incomplete

Date: 06/26/07

To: Detective Bo Turner

Fax number: (770) 716-4876

From: Dr. Phil C. Astin III

Main Phone # (770) 461-6353

Our phone: (770) 830-0669
Our fax: (770) 830-6655

# of pages including cover page: 2

RE: Pt: Chris Benoit


FAXED 06/26/07 @ 1:13

## PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0669

June 26, 2007

To Whom It May Concern:

I have been Chris and Nancy Benoit's personal physician and friend for approximately seven (7) years. Chris Benoit was seen in our office on Friday, June 22, 2007. He was here from approximately 12:30 p.m. to about 1:45 p.m. He was seen on a routine check-up which he is seen in 2-3 month intervals.

He had no outstanding complaints other than his usual pain and muscular spasms. He did state he wanted to restart an antidepressant, Zoloft, which he had taken in the past. On further history he stated he was mildly depressed mostly secondary to his travel schedule. He was given a prescription for Zoloft 50 mg. One per day, the usual dose and the same dose he had used in the past.

Chris did not appear outwardly depressed nor anxious. He did state Nancy had been very "moody" lately and he asked about premenopausal and hormonal changes in women her age. I explained about hormonal changes, menopause, and mood swings to Chris. He asked me to see her professionally after the upcoming July 4th holiday. I agreed to see her and agreed not to mention our conversation or his conversation to her.

Chris stayed at our office conversing with my staff as he usually does during his visits. He signed a few autographs for some patients and left approximately 1:45 p.m. He did not appear distressed, anxious, nor even depressed at the time he was in the office. I told Chris as a friend I would call Nancy if he desired, but he stated I could see her later.

I hope this helps in the investigation of this tragic incident involving a great athlete and good person.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

# PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0569

March 15, 2007

To Whom It May Concern:

Chris Benoit has been a patient of ours for many years.

He was diagnosed with Primary Hypogonadism. His testosterone level was abnormally low and has improved with treatment of testosterone.

Enclosed is a copy of his labs showing improvement in his levels and in his condition.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

*Addendum:*

Mr. Benoit has also been prescribed Hydrocodone products and Soma for the residual affects he experiences from his previous injuries, especially his fractured neck in 2004. He hasn't shown any experience of misuse or abuse of his medications and is monitored on a routine basis.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

# cSG

## CARROLLTON SURGICAL GROUP, P.A.

GENERAL AND VASCULAR SURGERY

JAMES C. POPE, M.D., FACS
THOMAS E. REEVE, III, M.D., FACS
DAVID W. GRIFFIN, M.D., FACS

157 CLINIC AVENUE, SUITE 302
CARROLLTON, GEORGIA 30117
(770) 834-3336
FAX (770) 832-2331

BRIAN E. BARDEN, M.D.
RAUL G. ZUNZUNEGUI, M.D., FACS
KATHRYN B. SAMPLES, PA-C

204 ALLEN MEMORIAL DRIVE, SUITE 103
BREMEN, GEORGIA 30110
(770) 537-4702
FAX (770) 537-4539

June 12, 2006


Phil C. Astin, III, M.D.
702 Dixie Street
Carrollton, GA 30117

Re: Chris Benoit

Dear Phil:

Chris Benoit was in the office today regarding his ventral hernia. We discussed proceeding with repair and will do that in the coming weeks.

I will keep you posted, and do appreciate very much the chance to see this pleasant gentleman with you.

Sincerely,

Thomas E. Reeve, III, MD, FACS

TER/kp45380

# REQUEST FOR RELEASE

## OF

## MEDICAL RECORDS

TO: Dr. L Youngblood

ADDRESS: 4410 Medical Dr. Suite 610

CITY: San Antonio   STATE: TX   ZIP: 78229

## I HEREBY REQUEST THAT MY MEDICAL RECORDS BE RELEASED TO:

*PHIL C. ASTIN III, M.D. P.C.*

*702 DIXIE STREET*

*CARROLLTON, GA 30117*

MAY 1 2006
**DATE**

**PATIENT'S SIGNATURE**

MAY 21 1967
**PATIENT'S Date of Birth**

## NEUROSURGICAL ASSOCIATES OF SAN ANTONIO, P. A.
OFFICE NOTES

**CHRISTOPHER M. BENOIT**
**DOB:** 05/21/67
**ID#:** 552361

## 09/29/05  NEUROSURGICAL FOLLOW-UP:

Chis Benoit returns to the office today 4 and 1/3rd years out from his anterior discectomy, interbody fusion with autogeneic iliac crest bone graft and anterior cervical plating at C5-6 and C6-7. Mr. Benoit did very well following his surgery, obviously related to an extreme degree of motivation. He regained the World Championship in wrestling. He works 4 days a week in a very demanding career. He has intermittent aches and pains, occasional pain in the dorsum of the right hand, but no apparent radicular pain. His motor function is excellent.

AP lateral, flexion and extension films of the cervical spine show a textbook fusion from C5 to C7 with a monolithic piece of bone.

Chris Benoit has done exceptionally well following his C5 to C7 surgery. He may continue activity as tolerated. He has mild spondylitic change at the level below and essentially normal disc spaces above. I will be available to see him in the future as necessary.

Lloyd A. Youngblood, M.D./gr

c:  Mr. Christopher M. Benoit


**This document has been dictated but not read and is subject to transcription variation.

CHRISTOPHER M. BENOIT                                      DOB: 5/21/67
ID#: 552361
Page One

## 6/22/01  NEUROSURGICAL EVALUATION:

**HISTORY OF PRESENT ILLNESS:**  Chris Benoit is a 34-year old gentleman, referred by his friend and colleague Steve Williams for neurosurgical consultation regarding right triceps weakness. Chris Benoit has had an occasional "pinched nerve" sensation in his neck for the last 10 to 15 years following wrestling or strenuous physical activity. The "pinched nerve" sensation might last a day or up to two weeks. He underwent chiropractic adjustments on perhaps 10 or 20 visits over the years. Starting in late April 2001, he had a pinched nerve sensation in the right neck for a couple of weeks. In early May after a wrestling match the relatively mild pinched nerve sensation became much more severe when he awoke the morning after the wrestling match. The pain was located in the right posterolateral neck. There was also some radiation to the right trapezial ridge. There was some relatively mild pain in the right posteromedial arm and in particular in the dorsolateral right forearm. The pain has been constantly present since onset, fluctuating in intensity in both the neck and right upper extremity. The only exception was following a right C7 nerve root block on 6/8/01. He had rather good relief of the pain for a few days thereafter. Otherwise, the pain has been constantly present. The pain awakens him if he sleeps on his right side. Overall, about 70% of the pain has been in the right posterolateral neck and 30% in the right forearm.

A far greater concern to Mr. Benoit is the right upper extremity weakness. He has specifically noted onset of right triceps weakness which was rather severe starting the day after the wrestling match. The triceps weakness may have improved slightly following the right C7 nerve root block but overall has not improved since onset. He normally is able to perform an essentially unlimited number of push-ups. He now is unable to perform a single push-up. He has also noted atrophy in the right triceps and right forearm. He has noted involuntary muscle twitching in those areas also. There are no paresthesias, no change with Valsalva and no loss of control of bladder, bowel or sexual dysfunction. He rates the neck pain at a 6, the right arm pain at a 5. The pain is aggravated by sitting more than 20 minutes, right lateral bending and right rotation. His last wrestling match was 6/19/01. He is scheduled for matches on 6/23 and a Pay-per-View match on 6/24. The last match caused substantial increase in the pain. Bedrest has provided minimal benefit. He takes perhaps two Lorcet 10 mg tablets 3 or 4 times a week. He underwent a session of physical therapy 9 days ago which was primarily an initial evaluation. The nerve root block was on 6/8/01. Overall, there has been no improvement in his rather marked triceps weakness since onset. He is particularly concerned about the atrophy and involuntary twitching.

**PAST MEDICAL HISTORY:**  Chris Benoit underwent reattachment of a left elbow ligament in 1998. He has no significant medical conditions. **Morphine on a couple of occasions has produced severe nausea.** He takes aspirin 5 grains once daily and the above noted Lorcet.

**FAMILY HISTORY:**  Unremarkable. Family medical history is noncontributory.

**SOCIAL HISTORY:**  Mr. Benoit is married. He has sons ages 8 years and 15 months and a 3 year old daughter. He does not smoke. He has an occasional beer.

(Continued on Page Two)

CHRISTOPHER M. BENOIT                                  DOB: 5/21/67
ID#: 552361
Page Two

## 6/22/01  NEUROSURGICAL EVALUATION (continuation):

**REVIEW OF SYSTEMS:** Unremarkable, except as noted above. General health is excellent.

**PHYSICAL EXAMINATION:** Mr. Benoit is a very pleasant, cooperative, 5'10" tall, 220 lb. gentleman in no acute distress. He has fairly good ROM of the cervical spine in all axes except for mild impairment of right rotation, right lateral bending and extension. Spurling's maneuver is mildly positive. There is no paravertebral muscle tenderness. Motor testing reveals marked weakness of the right triceps. This would rate as grade 3+ or at most 4- out of 5. I am able to hold my little finger against his maximum effort with his triceps. He has moderate weakness of the right wrist extensors. Sensory examination is normal. Triceps jerks are very hypoactive bilaterally, probably absent on the right side. There are no long tract signs.

**DIAGNOSTIC STUDIES:** MRI of the cervical spine was performed on 6/1/01 on a 0.2 Tesla low field strength open magnet. The study shows cervical spondylosis from C3-4 down to C6-7, greater on the left at C3-4 and C4-5 with neuroforaminal encroachment at those levels. At C5-6, the neuroforaminal encroachment is greater on the right side. At C6-7, there is bilateral neuroforaminal stenosis. Plain films show decreased cervical lordosis. He has disc space narrowing and spondylosis at C6-7, greater than C5-6. There are fairly large anterior osteophytes at C6-7, greater than C5-6.

**ASSESSMENT:** Mr. Benoit has a several year history of intermittent activity related mild neck pain without any radicular signs or symptoms. He now has a six-week history of acute right C7 radiculopathy with marked right triceps weakness. He also has weakness of the right wrist extensors. The right triceps jerk is absent. His neurologic exam is otherwise normal. He has cervical spondylosis greatest right C5-6 and bilaterally at C6-7 with lesser disease on the left at C3-4 and C4-5, the side opposite his symptoms. He is very concerned about the degree of triceps weakness and apparent atrophy. He has also noted some atrophy of the right pectoralis major.

**RECOMMENDATION:** We reviewed diagnostic and therapeutic options in detail. Mr. Benoit is quite concerned about the severity of his right triceps weakness and atrophy. I share his concern. We discussed the possibility of an intense two-week course of physical therapy, additional injections, oral cortical steroids, analgesics and muscle relaxants as well as home measures. I also discussed the possibility of surgical decompression of the compromised right-sided nerve root, probably C7. Mr. Benoit prefers to proceed with decompression of the nerve root in an attempt to reduce the severe right triceps weakness and atrophy. I think this is a very reasonable and appropriate approach. We will need to obtain a high-resolution MRI on a 1.5 Tesla closed unit. We discussed the possibility of anterior versus posterior approach to decompress the nerve root. We specifically discussed anterior discectomy, osteophyte resection, foraminotomy, interbody fusion and plating from C5 to C7 versus the possibility of a laminotomy, foraminotomy and possible discectomy with nerve root decompression, perhaps right C6-7 or even right C5-6 and C6-7. I think a myelogram with post myelogram CT would also be appropriate. We need better data prior to making a definitive decision as to which would be the most

(Continued on Page Three)

CHRISTOPHER M. BENOIT                                      DOB: 5/21/67
ID#: 552361
Page Three

## 6/22/01  NEUROSURGICAL EVALUATION (continuation):

appropriate approach.  Mr. Benoit is in agreement with this plan.  We will contact the WWF requesting permission to proceed.  I would anticipate within the next 72 hours performing the MRI, myelogram and post myelogram CT.  We will make further decisions at that time regarding the possibility of surgical intervention.  I would think that this should be done in a rather timely fashion.

Lloyd A. Youngblood, M.D./yer

c:  WWF [COMP]

6/26/01  Pre, post-op & home care instructions given, acknowledged. Pt at present is post myelo at Methodist, will refer Dr

CHRIS BENOIT                                                  DOB:5/21/67
ID#: 552361
PAGE THREE

DATE OF SURGERY:      6/28/01

HOSPITAL: Southwest Texas Methodist Hospital

PROCEDURE:  ANTERIOR CERVICAL DISCECTOMY AND FUSION WITH PLATING C5-7

DIAGNOSIS:  CERVICAL SPONDYLOSIS C5-7

**CHRISTOPHER M. BENOIT**                                      DOB: 05/21/67
ID#: 552361
Page Four

### 07/03/01  NEUROSURGICAL FOLLOW-UP:

Chris Benoit and Nancy return to the office today, five days out from his anterior cervical discectomy, foraminotomy, fusion and plating at C5-6 and C6-7 with autogenetic right iliac crest bone graft. Chris reports that his preoperative pain has resolved. He has some mild stiffness in the posterior cervical region, which is easily controlled. He is up and about most of the day. He has been walking for a few hours at a time. He went up and down 36 flights of stairs the day after surgery.

Of equal importance, his preoperative profound right triceps weakness has almost resolved already. His wrist extensor weakness has completely resolved. I feel that he will have complete resolution of his preoperative neurologic deficit.

Postoperative x-rays have shown the bone grafts, plate and screws to be in excellent position.

We reviewed appropriate activity levels and exercise program in detail. We also reviewed the use of the cervical orthosis. Chris will give us a call if there are any questions. I asked him to check back with me by phone in a couple of weeks. I will see him back in the office in San Antonio in six weeks, sooner as necessary.

Lloyd A. Youngblood, M.D./sgh

c:     COMP/WWF

**CHRISTOPHER M. BENOIT**
**ID#:** 552361
Page Four i�begin

**DOB:    05/21/67**

### 11/13/01   NEUROSURGICAL FOLLOW-UP:

Chris Benoit returns to the office today 4 months and 16 days out from his anterior cervical discectomy, foraminotomy, interbody fusion with autologous iliac crest bone graft and anterior cervical plating at C5-6 and C6-7. He states, "I feel great...absolutely no pain." His pre-operative pain and paresthesias have resolved. He takes an occasional analgesic pill for knee pain. He has been on a progressive cardiovascular workout program. He does the Stairmaster for an hour, stationary bike for an hour and treadmill for 30 to 60 minutes. He goes to the gym 2 days a week and works out at his home gym daily. He is lifting 40 lb. dumbbells for bench presses. He does a set of 6 triceps extensions with 20 lb. He is very gradually increasing his capacity.

On examination, motor function has returned to normal. His incisions have healed nicely. There is no sensory deficit.

A single shot lateral cervical spine x-ray today shows the bone grafts, plate and screws to be in excellent position. The bone graft incorporation is appropriate to his time out from surgery. The fusion is progressing nicely but certainly is not yet solid.

Overall, Chris Benoit is doing exceptionally well. I commended him for his progress. We reviewed a tentative schedule for his gradual return to the ring. At 6 months out from surgery he may start some gentle jogging. We will obtain x-rays 3 months from now, or about 7 ½ months out from surgery. If the x-rays look good at that time, then he will be able to start some gentle rolls and some moves to work on timing without actual significant contact. I think probably by 9 to 10 months he may do some running and at 10 months perhaps some jumping. Hopefully at 12 months, if there is x-ray documentation of solid fusion, he will be able to return to unrestricted activity, with the exception of extremely high risk measures, such as pile drivers. Chris will call if there are any questions. Otherwise, I will see him back in the office in three months with follow-up x-ray.

Lloyd A. Youngblood, M.D./aeg

c: WWF/Robert Clark/Comp.
   Chris Benoit

CHRISTOPHER M. BENOIT                                          DOB:  05/21/67
ID#:  552361
Page Six

## 01/31/02  NEUROSURGICAL FOLLOW-UP:

Chris Benoit returns to the office today 7 months and 2 days out from anterior cervical discectomy, foraminotomy, fusion and plating at C5-6 and C6-7 with autogeneic right iliac crest bone graft. Chris states "I feel great". His preoperative pain is completely resolved. He has become progressively more active. He is lifting approximately 55 lb. He has been doing light running for some time but yesterday did a hard run for 30 minutes, comparable to his running prior to his running prior to surgery. He tolerated the run well. He is taking no analgesics. He takes an occasional Soma.

On examination his motor function is normal. The incisions have healed nicely.

X-ray of the cervical spine shows the bone graft, plate and screws to be in good position. The fusion is healing nicely. There is no motion noted on flexion/extension views. It appears that he will most likely progress to a solid fusion.

Overall, Chris Benoit is doing very well. He has diligently followed appropriate activity restrictions and a progressive exercise program. He may gradually increase his running. We also reviewed gradual increase in his weight training program. He may start now to do some light upper body pummeling. He may start bumps in two months. I will see him back in the office in three months with follow up x-ray. Assuming the fusion to be progressing, we will further decrease his activity restrictions. Hopefully he will be able to return to the ring one year out from surgery to wrestle with the possible exception of no pile drivers or very heavy neck activities.

I will see him back in three months with x-ray sooner as necessary.

Lloyd A. Youngblood, M.D./laa

c:      WWF/Comp-Robert Clark
        Chris Benoit

CHRISTOPHER M. BENOIT                                        DOB: 05/21/67
ID#: 552361
Page Seven

## 04/18/02  NEUROSURGICAL FOLLOW-UP:

Chris Benoit returns to the office today, 9 months and 21 days out from his anterior cervical discectomy, foraminotomy, fusion and plating at C5-6 and C6-7 with autogeneic right iliac crest bone graft. His preoperative pain has completely resolved. There are no paresthesias. He has been doing weight training and running as hard as he did preoperatively. He has been doing some chain wrestling at half speed and isometric strengthening exercises. He has been in the ring daily for the last 2 weeks. He has been taking some falls and doing light bumps. He has muscle soreness from the heavy workouts but no pain as prior to surgery. The muscle soreness resolves by the following morning. He takes an occasional Soma. He is taking no narcotic analgesics at all.

On examination, he has good range of motion of the cervical spine. His incisions have healed nicely. His motor function is normal.

X-ray of the cervical spine shows progression of the fusion with incorporation of the bone grafts. The instrumentation is in excellent position. There is no motion on flexion and extension. He appears to have a solid fusion. My Orthopedic Spinal Surgical Associate, Dr. Robert G. Johnson, concurs with the interpretation of the x-rays.

Overall, Chris Benoit is doing extremely well. He is obviously very highly motivated and has worked very diligently in his rehabilitation program. He may continue to gradually increase his activities as tolerated. As of 6/28/02, he may return to unrestricted wrestling activity with the understanding that he should attempt to avoid or minimize landing very hard on the neck or head for the next few months. Chris will give me a call if there are any questions or concerns. I will see him back in the office in three months with follow-up x-ray, sooner as necessary.

Lloyd A. Youngblood, M.D./sgh

c:     COMP/WWF - Robert Clark
       Mr. Chris Benoit



# NORTHWEST
## IMAGING ⊛ CENTER

7402 John Smith Drive • San Antonio, Texas • 78229 • (210) 614-4051 • Fax: (210) 692-9354

BENOIT, CHRISTOPHER                         D00210674

MR Cervical Spine                           Exam Site: NW
25-Jun-2001  1:51 PM                        Status: O
                                            DOB: 21-May-1967  *Sex: M*
                                            Age: 34 Years
                          Requester: Youngblood, Lloyd A, M.D.

---

Reason for Exam:
    RT C7 RADICULOPATHY/CERVICAL SPONDYLOSIS

---

## I M A G I N G    C O N S U L T A T I O N
### Final Report

MR CERVICAL SPINE, WITHOUT IV CONTRAST:

FINDINGS:

C1-2:     Normal appearing.

C2-3:     Normal appearing.

C3-4:     Minimal retrolisthesis.  Mild annular bulging and
          reactive osteophytic ridging at least moderate left
          foraminal encroachment due to uncovertebral spurring
          and lateral osteophyte.  Relatively mild right
          foraminal encroachment.

C4-5:     Minimal retrolisthesis.  Mild annular bulging and
          reactive osteophytic ridging slightly more pronounced
          left to midline.  Moderate left foraminal encroachment
          due to uncovertebral spurring.  Relative mild right
          foraminal encroachment.

C5-6:     Mild degenerative interspace narrowing with ventral
          end-plate spurring.  Right posterolateral disc
          protrusion and reactive osteophyte produce moderate
          effacement along the right ventral surface of the
          thecal sac with no apparent cord impingement or
          deformity.
Continuation on Page 2

MEDICAL RECORD COPY

Youngblood, Lloyd A, M.D.
4410 Medical Drive
Suite 610
San Antonio          TX 78229

REVIEWED

JUN 2 8 2001



BENOIT, CHRISTOPHER                          D00210674

MR Cervical Spine                            Exam Site: NW
25-Jun-2001  1:51 PM                         Status: O
                                             DOB: 21-May-1967  Sex: M
                                             Age: 34 Years
                             Requester: Youngblood, Lloyd A, M.D.

---

Page 2 - Continuation

There is marked right foraminal encroachment due to the combination of lateral disc protrusion and reactive uncovertebral spurring.  A small amount of extruded disc material within the right sided foramen could not be excluded.

C6-7:      Minimal retrolisthesis.  Moderate interspace narrowing with mild ventral end-plate spurring.  Broad based annular bulging and reactive osteophyte ridging produce partial effacement of the ventral subarachnoid spaces without apparent cord deformity.  Moderate bilateral foraminal encroachment is present in conjunction with uncovertebral spurring.

C7-T1:     Normal appearing.


Interpreted by: Barry Jay Menick, M.D.  /signed by/ RADIOLOGIST, ONLINE

Transcribed on: 26-Jun-200112:08 AMby Carol A Moreno                    436832
Finalized on: 26-Jun-200112:16 AM by Online Radiologist
Attending MD: Youngblood, Lloyd A, M.D.

MEDICAL RECORD COPY

Youngblood, Lloyd A, M.D.
4410 Medical Drive
Suite 610
San Antonio          TX 78229

**PATIENT'S NAME**: BENOIT,CHRISTOPHER          **UNIT NO**: W00847034
**DOB**:  05/21/67    **AGE**:  34       **SEX**:  M     **ACCOUNT NO**:  W105635025
**ATTENDING PHYS**:  Dr. Lloyd A Youngblood      **PT TYPE**: DIS IN
                                                **ROOM NO**: H.TEN2

**DATE OF ADMISSION**: 06/27/01
**DATE OF DISCHARGE**: 06/30/01


**PREOPERATIVE DIAGNOSIS**:  Cervical spondylosis C5-6 and C6-7.

**POSTOPERATIVE DIAGNOSIS**: Cervical spondylosis C5-6 and C6-7.

**OPERATION PERFORMED**:  Anterior cervical diskectomy, osteophyte
resection, foraminotomy, anterior interbody fusion with iliac crest
bone graft and anterior cervical plating at C5-6 and C6-7.

**SURGEON**:  Lloyd A. Youngblood, MD
**ASSISTANT**:  Clark C. Watts, MD
**ANESTHESIOLOGIST**:  James Wright, MD
**ANESTHESIA**:  General endotracheal.
**SPECIMEN**:  None.
**DRAINS**:  None.
**SPONGE COUNT**:  Correct.
**NEEDLE COUNT**:  Correct.

**DESCRIPTION OF PROCEDURE**:  Christopher Benoit was taken to the holding
area and was given Ancef 2 grams and Gentamycin 150 mg.  He was
subsequently taken to operating room #13 and in the supine position
was placed under excellent general endotracheal anesthesia by Dr.
James Wright.  A Foley catheter was inserted with aseptic technique.
The head and neck were placed in gentle extension, supported on the
horseshoe head rest with 10 pounds of axial halter cervical traction,
a longitudinal shoulder roll and 5 pound sandbag under the right hip.
All pressure points were carefully padded, especially the ulnar
nerves.  The knees and hips were placed in gentle flexion.  C-arm
fluoroscopy and the shoulder retraction device provided good exposure
down through the bottom of C7.

Mr. Benoit was given Decadron and Pepcid, later Zofran and Toradol.

The operative sites were prepped and draped in the usual sterile
fashion.  Attention was turned first to the right anterior superior
iliac crest.  A linear incision was made through the soft tissues down
to the bone.  The crest was exposed and a microsaggital saw, curved
quarter inch osteotome and a mallet were utilized to harvest two
Smith-Robinson tricortical bone grafts of excellent technical quality.
**OPERATIVE REPORT**

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX  78229

PATIENT'S NAME: BENOIT,CHRISTOPHER.                UNIT NO: W00847034
DOB:  05/21/67   AGE: 34      SEX:  M     ACCOUNT NO:  W105635025
ATTENDING PHYS:  Dr. Lloyd A Youngblood        PT TYPE: DIS IN
                                               ROOM NO: H.TEN2

DATE OF ADMISSION: 06/27/01
DATE OF DISCHARGE: 06/30/01


These were set aside for subsequent use.  The donor site margins were
rounded with an osteon bur.  Hemostasis was achieved with bone wax and
electrocautery.  The wound was periodically irrigated with bacitracin
solution.  The cavity was filled with fibrillar Surgicel.  The fascia
was closed with 0 Vicryl interrupted suture.  The subcutaneous layer
was infiltrated with 20 cc of 0.5% Marcaine with Epinepherine for
postoperative analgesia.  The subcutaneous layer was closed with
interrupted inverted 2-0 Vicryl in the subcuticular layer with
interrupted 3-0 Vicryl suture.

Attention was then turned to the anterolateral right neck.  A
transverse curvilinear skin crease incisions was made and centered
over the C6 vertebral body.  The incision was carried through the
skin, subcutaneous tissue and platysma.  Platysmal flaps were created
superiorly and inferiorly.  A plane of dissection was developed medial
to the neurovascular bundle.  The omohyoid muscle was spared.
Dissection was carried down to the anterior aspect of the spine.  The
levels were positively confirmed.  The longus colli muscle was
undercut on either side.  Self retaining radiolucent retractors were
inserted.  We were able to achieve excellent exposure from C5 through
C7.  The levels were again positively identified.

Anterior osteophytes were removed with the osteon drill system.  I
incised the C5-6 and C6-7 interspaces with the 15-blade knife.
Multiple rongeurs and curettes were utilized the evacuate the
interspace contents.  The end plates were thoroughly curetted.

I then utilized the osteon drill system as well as the Midas Rex
system with AM9 dissecting tool.  I drilled out both interspaces under
fluoroscopic control, converting the curvilinear interspaces into
rectolinear volumes.  I decorticated both end plates in the process.

Under fluoroscopic control and through the Zeiss NC4 microscope, I
began to drill out the posterior osteophytes to include the
osteophytic bar across the posterior inferior margin of the superior
vertebral body at each level.  I also began to drill out the foraminal
osteophytes.  I drilled down to the posterior longitudinal ligament
and thoroughly drilled out the neural foramina bilaterally as well as
                        OPERATIVE REPORT

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX  78229

PATIENT'S NAME: BENOIT,CHRISTOPHER          UNIT NO: W00847034
DOB: 05/21/67    AGE: 34      SEX: M     ACCOUNT NO: W105635025
ATTENDING PHYS: Dr. Lloyd A Youngblood        PT TYPE: DIS IN
                                              ROOM NO: H.TEN2

DATE OF ADMISSION: 06/27/01
DATE OF DISCHARGE: 06/30/01

the osteophytic bar. I then cut through the hypertrophic posterior
longitudinal ligament down to the dura. I utilized a thin foot plated
2 mm Kerrison rongeur and removed the posterior longitudinal ligament
across the interspace bilaterally, well out into the neural foramina
until a 2-0 angled curette would easily pass out along each C6 nerve
root. I then opened up the C7 neural foramina bilaterally.   I
continued this process until a 2-0 angled curette would easily pass
out along the C6 and C7 nerve roots on each side. The right C6-7
neural foramen was the tightest. There were no free disk fragments
present on either side at either level. The pathology was osteophytes
as well as ligamentous hypertrophy.

At this point, the central canal and neuroforamina were thoroughly
decompressed. We achieved hemostasis throughout and irrigated with
bacitracin solution.  I utilized a Cloward depth gauge and measured
for subsequent bone grafting.

I then removed the microscope from the field. The nerve roots were
very nicely decompressed. I recovered the previously harvested bone
grafts and trimmed them to the appropriate size and configuration.
They were then tamped into place, first at C5-6 and then at C6-7.  The
fit was superb and they were under good axial compression.

I then selected a 40 mm Synthes CSLP III plate and the curvature was
appropriate. The plate was held in proper position with two temporary
fixation pins. I then utilized the awl and placed six large screws,
16 mm length x 4.0 mm diameter, self drilling cancellous bone screws.
The purchase on the six screws was superb. The bone quality was
outstanding. I then placed six locking screws which resulted in a
very solid construct. The fluoroscopy showed the bone grafts, plate
and screws to be in excellent position.

I then achieved hemostasis throughout the field and again irrigated
with bacitracin solution. I lined the cavity with fibrillar Surgicel.
I closed with three layers of interrupted 3-0 Vicryl. The skin of
both incisions was closed with half inch Steri-Strips with benzoin.
Sterile dressings were applied to the wounds. Anesthesia was
reversed. The patient was awakened, extubated and taken to the
                         **OPERATIVE REPORT**

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX  78229

SOUTHWEST TEXAS METHODIST HOSPITAL
METHODIST CHILDREN'S HOSPITAL OF SOUTH TEXAS
7700 FLOYD CURL DRIVE
SAN ANTONIO, TX 78229

**PATIENT'S NAME:** BENOIT,CHRISTOPHER      **UNIT NO:** W00847034
**DOB:** 05/21/67   **AGE:** 34     **SEX:** M     **ACCOUNT NO:** W105635025
**ATTENDING PHYS:** Dr. Lloyd A Youngblood      **PT TYPE:** DIS IN
                                                **ROOM NO:** H.TEN2

**DATE OF ADMISSION:** 06/27/01
**DATE OF DISCHARGE:** 06/30/01

recovery room with excellent strength in both upper extremities. His preoperative right triceps weakness was clearly much improved. He stated that he was free of radicular pain and paresthesias.

Estimated blood loss 25 to 50 cc with none replaced. Drains, none. Sponge count correct. Needle count correct. Complications none.

_____
Dr. Lloyd A Youngblood

YOULL , KSB
dd: 07/24/01
dt: 07/25/01 1148
cpcs rpt#: 0725-0183
cc: Dr.

**OPERATIVE REPORT**

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX  78229

PATIENT'S NAME: BENOIT,CHRISTOPHER          UNIT NO: W00847034
DOB:  05/21/67    AGE:  34      SEX:  M     ACCOUNT NO:  W105635025
ATTENDING PHYS:  Dr. Lloyd A Youngblood     PT TYPE: DIS IN
                                            ROOM NO: H.TEN2

DATE OF ADMISSION: 06/27/01
DATE OF DISCHARGE: 06/30/01


Please refer to admission history and physical for preoperative
details.

**HISTORY OF PRESENT ILLNESS:**  Christopher Benoit was admitted to
Methodist Hospital on 6/28/01 after appropriate counseling.  He was
taken to the operating room and underwent anterior cervical
diskectomy, foraminotomy, fusion and plating at C5-6 and C6-7.  He had
an extremely benign postoperative course.  He had prompt and complete
resolution of his preoperative radicular pain.  His right triceps
weakness markedly improved immediately postoperatively.  He was up and
about the ward on the day of surgery.

On the first postoperative day, he walked 36 flights of stairs.  He
was up and about the ward independently.  He tolerated a regular diet
very well.  He refused his Morphine pump and Toradol as well as
Valium.  He continued to do well and was discharged to outpatient
follow up on the second postoperative day.  His triceps strength was
almost back to normal.  He had hospital privileges.  He was doing
exceptionally well.

**FINAL DIAGNOSIS:**  Cervical spondylosis at C5-6 and C6-7 with right C7
radiculopathy.

**OPERATION PERFORMED:**  Anterior cervical diskectomy, foraminotomy,
fusion and plating, C5-6 and C6-7.

**DISPOSITION:**  He is discharged on Hydrocodone as necessary for pain.
He was carefully counseled regarding wound care, diet, appropriate
activity levels and use of the cervical orthosis.  I will see him back
in the office in 4-5 days prior to his return to his home in Atlanta.
We discussed appropriate activity levels and care of the neck.


_____
Dr. Lloyd A Youngblood

YOULL , KSB

                         **DISCHARGE SUMMARY**

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX  78229

SOUTHWEST TEXAS METHODIST HOSPITAL
METHODIST CHILDREN'S HOSPITAL OF SOUTH TEXAS
7700 FLOYD CURL DRIVE
SAN ANTONIO, TX 78229

PATIENT'S NAME: BENOIT,CHRISTOPHER        UNIT NO: W00847034
DOB: 05/21/67    AGE: 34       SEX: M     ACCOUNT NO: W105635025
ATTENDING PHYS: Dr. Lloyd A Youngblood      PT TYPE: DIS IN
                                            ROOM NO: H.TEN2

DATE OF ADMISSION: 06/27/01
DATE OF DISCHARGE: 06/30/01

dd: 07/24/01
dt: 07/25/01 1427
cpcs rpt#: 0725-0275
cc: Dr.

DISCHARGE SUMMARY

Lloyd A Youngblood
4410 Medical Dr #610
San Antonio, TX 78229

Name _Chris Benoit_    SS# _____    Date 6/22/07

## REVIEW OF SYSTEMS   Reg V up

o Neurologic _____   o GI _____   o Cardiovascular _____

o GU _____   o Cerebrovascular _____   o Musculoskeletal _____

o Peripheral vascular _____   o Dermatologic _____   o Hematologic _____

## PHYSICAL EXAM

Temperature _____   Pulse 68.   BP 128/88

Height _____   Weight 221   Respiration 16

General Appearance _no distress_

| | N | AB | Notes |
|---|---|---|---|
| Skin | | | some complaints of |
| HEENT | | | neck shoulder pain |
| Neck | | | 2° to old fx of neck. |
| Thyroid | | | states depressed from |
| Lymph nodes | | | travel schedule |
| Veins/carotid | | | has been on cymbalt (may 2006) |
| Chest | | | + zoloft last fall |
| Lungs | | | states fatigue as before |
| Heart | | | when testosterone level low |
| Abdomen | | | (last nov. - april by labs) |
| | | | states not taking steroid |
| Genital | | | hx of ↓ testosterone 2° |
| Rectal | | | to chronic steroid in past. |
| Extremities | | | no tense muscle / muscle |
| Joints | | | spasms as before |
| Clubbing/cyanosis | | | V.S - stable |
| Peripheral pulses | | | A+O X 3 |
| Edema | | | neck - tense tender cerv muscle |
| Neurologic | | | shoulder - (R) tylt tender ROM |

## TESTS ORDERED   Chest - clear

o Chest X-ray _____   o Barium enema _____   o TB test _____   o Flexsigmoidoscopy _____

o Kidney X-ray _____   o Gallbladder _____   o Air contrast Obstruction series _____   o ERCP _____

o UGI series _____   o Electrocardiogram _____   o Endoscopy _____   o Liver biopsy _____

o Colonoscopy _____   o Blood tests _____   o ELISA _____   o Elevated ALT _____

## IMPRESSIONS

Renew meds-
Labs by DR Black with WWE
as per own consultin

Dr. Phil C. Astin III, M.D., P.C.
702 Dixie Street
Carrollton, GA  30117

# Fax Transmission

☐ Please call to confirm receipt

☐ Please respond by return fax

☐ Call only if transmission is incomplete

Date: 03-16-07

To: Regina

1-800-533-7052 EX 627

Fax number: 1-615-255-3030

From: Dr. Astin III

Our phone:     (770) 830-0669
Our fax:         (770) 830-6655

# of pages including cover page: 3

RE: Chris Benoit

# PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0669

March 15, 2007

To Whom It May Concern:

Chris Benoit has been a patient of ours for many years.

He was diagnosed with Primary Hypogonadism. His testosterone level was abnormally low and has improved with treatment of testosterone.

Enclosed is a copy of his labs showing improvement in his levels and in his condition.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

Addendum:
Mr. Benoit has also been prescribed Hydrocodone products mil same for the residual effects he experience from his prev. injurie. especially his fractured neck in 2004. He hasn't been showing any experience of misuse or abuse of his medication and is monitored on a routine basis.

Yours tr,

# PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0669

March 15, 2007

To Whom It May Concern:

Chris Benoit has been a patient of ours for many years.

He was diagnosed with Primary Hypogonadism. His testosterone level was abnormally low and has improved with treatment of testosterone.

Enclosed is a copy of his labs showing improvement in his levels and in his condition.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

*Addendum:*

Mr. Benoit has also been prescribed Hydrocodone products and Soma for the residual affects he experiences from his previous injuries, especially his fractured neck in 2004. He hasn't shown any experience of misuse or abuse of his medications and is monitored on a routine basis.

Yours truly,

Phil C. Astin III, M.D.
Internal Medicine

# PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0569

Name _Chris Benoit_     SS# _____     Date _11-2-06_

## REVIEW OF SYSTEMS _regular vup_

o Neurologic _____  o GI _____  o Cardiovascular _____

o GU _____  o Cerebrovascular _____  o Musculoskeletal _____

o Peripheral vascular _____  o Dermatologic _____  o Hematologic _____

## PHYSICAL EXAM

Temperature _____  Pulse _____  BP _____

Height _____  Weight _____  Respiration _____

General Appearance _____

| | N | AB | Notes |
|---|---|---|---|
| Skin | | | |
| HEENT | | | |
| Neck | | | |
| Thyroid | | | |
| Lymph nodes | | | |
| Veins/carotid | | | |
| Chest | | | |
| Lungs | | | |
| Heart | | | |
| Abdomen | | | |
| Genital | | | |
| Rectal | | | |
| Extremities | | | |
| Joints | | | |
| Clubbing/cyanosis | | | |
| Peripheral pulses | | | |
| Edema | | | |
| Neurologic | | | |

## TESTS ORDERED

o Chest X-ray _____  o Barium enema _____  o TB test _____  o Flexsigmoidoscopy _____

o Kidney X-ray _____  o Gallbladder _____  o Air contrast Obstruction series _____  o ERCP _____

o UGI series _____  o Electrocardiogram _____  o Endoscopy _____  o Liver biopsy _____

o Colonoscopy _____  o Blood tests _____  o ELISA _____  o Elevated ALT _____

## IMPRESSIONS

# PHIL C. ASTIN III, M.D., P.C.

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0669

Date: 5-4-06

PATIENT NAME: *Chris Benoit*

| | LAST | FIRST | MIDDLE |
|---|---|---|---|

## MEDICAL HISTORY

**ADDITIONAL NOTES**

Formedic

## PHYSICAL EXAM

**VITAL SIGNS**

| HT | WT | BMI | BP SUPINE | BP SITTING | PULSE | RESP RATE | TEMP |
|---|---|---|---|---|---|---|---|
| | | | | 100/60 | | | |

GENERAL APPEARANCE

**EXAMINATION**

| | NORM | ABN |
|---|---|---|
| 1) HEAD / SCALP | | |
| 2) EYES  A) FUNDI | | |
| 3) EARS | | |
| 4) NOSE / THROAT | | |
| 5) NECK  A) THYROID | | |
| 6) HEART | | |
| 7) LUNGS | | |
| 8) ABDOMEN | | |
| 9) RECTAL  A) PROSTATE | | |
| 10) EXTREMITIES  A) PULSES | | |
| 11) NEUROLOGICAL  A) DTR | | |
| 12) JOINTS | | |
| 13) GENITALIA | | |
| 14) BREASTS | | |

**LIST ALL MEDICATIONS YOU TAKE**

| MEDICATION | DOSE | TIMES/DAY |
|---|---|---|
| | | |

## LAB TESTS

**URINALYSIS**

| COLOR | S.GR | pH | PROT | KETO | BILI | BLOOD | NITRITE | UROB | MICRO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Hgb

OTHER TESTS / COMMENTS

| CHOLEST | HDL - CHOL | LDL-CHOL |
|---|---|---|
| STOOL O.B. | PAP TEST | MAMM-OGRAM |

## ASSESSMENT

## PLANS

# PROGRESS NOTES

| PATIENT NAME | Chris Benoit |
|---|---|
| | LAST    FIRST    MIDDLE |

| DATE OF BIRTH _____ |
|---|
| CHART _____ |

| DATE | SERVICE | NOTES |
|---|---|---|
| 4/11/06 | | DNKA (10:30) ——————————— CC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Dr. Phil C. Astin III, M.D., P.C.**
702 Dixie Street
Carrollton, GA  30117

*Fax*
*Transmission*

☐ Please call to confirm receipt

☐ Please respond by return fax

☐ Call only if transmission is incomplete

Date:        03-15-07

To:          Regina

1-800-533-7052  EX 627

Fax number:  1-615-255-3030

From:        Dr Phil Astin III

Our phone:   (770) 830-0669
Our fax:     (770) 830-6655

# of pages including cover page: 5

RE:   Chris Benoit


Quest
Diagnostics®

7079885  AREA/ROUTE/STOP:  QATL002
PHIL C ASTIN III MD
702 DIXIE ST
CARROLLTON, GA 30117-3819

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| BENOIT, CHRIS | | | | | 39 | M | ASTIN, PHIL C |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9278265 | AT2580035 | | 11022006  2:00 PM | 11022006 | 11022006 | 1:04 PM |

REMARKS

EASTERN
TIME

SS#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

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| Date of Birth: 05/21/1967 | | | | | | |
| TESTOSTERONE, TOTAL | | 427 | | NG/DL | 241-827 | AT |

** END OF REPORT - BENOIT, CHRIS   AT2580035  **

*better*
*not*
*would like x*
*about 600 n/pc*
*r.mg.*

11-30-06

INDICATES TESTING SITE SEE REVERSE SIDE

LABORATORY REPORT


Quest
Diagnostics
®

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BENOIT, CHRIS | | | | | 39 | M | ASTIN, PHIL C |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOGIN DATE | REPORT DATE | & TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 9723317 | AT2589500 | | 10022006   9:38 AM | 10022006 | 10022006 | 4:26 PM |

REMARKS

EASTERN
TIME

SS# 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

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: 05/21/1967 | | | | | | |
| Patient Phone: 770-487-2745 | | | | | | |
| | TESTOSTERONE, TOTAL | 355 | | NG/DL | 241-827 | AT |
| | PSA, TOTAL SCREENING | 0.5 | | NG/ML | * OR = 4.0 | |

PSA VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE
USED INTERCHANGEABLY. THIS ASSAY WAS PERFORMED
USING THE BAYER CHEMILUMINSCENT METHOD.

** END OF REPORT - BENOIT, CHRIS AT2589500     **

better -
continue treatment

10-28-06

1     INDICATES TESTING SITE SEE REVERSE SIDE



Quest Diagnostics®

7079885  AREA/ROUTE/STOP:  QATL002
PHIL C ASTIN III MD
702 DIXIE ST
CARROLLTON, GA 30117-3819

| PATIENT NAME | | PATIENT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| BENOIT, CHRIS | | | | | 39 | M | ASTIN, PHIL C |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9728484 | AT3500958 | | 08022006  10:30 AM | 08022006 | 08022006 | 1:07 PM |

REMARKS

EASTERN
TIME
FASTING:  N

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| Date of Birth: 05/21/1967 | | | | | | | |
| Patient Phone: 770-487-2745 | | | | | | | |
| TESTOSTERONE, TOTAL | | | 292 | | ng/dL | 241-827 | AT |

** END OF REPORT - BENOIT, CHRIS  AT3500958 **

INDICATES TESTING SITE SEE REVERSE SIDE

# PHIL C. ASTIN III, M.D., P.C

Internal Medicine

702 DIXIE STREET
CARROLLTON, GEORGIA 30117
Telephone (770) 830-0669

| Date: | 9-16-05 |
| --- | --- |
| PATIENT NAME | Chris Benoit |
| | LAST          FIRST          MIDDLE |

## MEDICAL HISTORY     ADDITIONAL NOTES

**Formedic**

## PHYSICAL EXAM

| VITAL SIGNS | HT | WT | BMI - | BP SUPINE | 120/82 | BP SITTING | PULSE | RESP RATE | TEMP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

GENERAL APPEARANCE

### EXAMINATION

| | NORM | ABN |
| --- | --- | --- |
| 1) HEAD / SCALP | ☐ | ☐ |
| 2) EYES | ☐ | ☐ |
|    A) FUNDI | ☐ | ☐ |
| 3) EARS | ☐ | ☐ |
| 4) NOSE / THROAT | ☐ | ☐ |
| 5) NECK | ☐ | ☐ |
|    A) THYROID | ☐ | ☐ |
| 6) HEART | ☐ | ☐ |
| 7) LUNGS | ☐ | ☐ |
| 8) ABDOMEN | ☐ | ☐ |
| 9) RECTAL | ☐ | ☐ |
|    A) PROSTATE | ☐ | ☐ |
| 10) EXTREMITIES | ☐ | ☐ |
|    A) PULSES | ☐ | ☐ |
| 11) NEUROLOGICAL | ☐ | ☐ |
|    A) DTR | ☐ | ☐ |
| 12) JOINTS | ☐ | ☐ |
| 13) GENITALIA | ☐ | ☐ |
| 14) BREASTS | ☐ | ☐ |

### LIST ALL MEDICATIONS YOU TAKE

| MEDICATION | DOSE | TIMES/ DAY |
| --- | --- | --- |
| | | |

### LAB TESTS

| URINALYSIS - | COLOR | S.GR | pH | PROT | KETO | BILI | BLOOD | NITRITE | UROB | MICRO - |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Hgb

OTHER TESTS / COMMENTS

| CHOLEST | HDL - CHOL | LDL - CHOL |
| --- | --- | --- |
| STOOL O.B. | PAP TEST | MAMM- OGRAM |

### ASSESSMENT

### PLANS

# PROGRESS NOTES

| PATIENT NAME | Chris Benoit |
|---|---|
| | LAST   FIRST   MIDDLE |

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 3/24/05 | CHIEF COMPLAINT. | Reg √ up. |
| | | |
| | | |
| | | V.S.   B/P. 140/70.   R.R.   H.R.   TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

# PROGRESS NOTES

| PATIENT NAME | *Chris Benoit* | | |
|---|---|---|---|
| | LAST | FIRST | MIDDLE |

DATE OF BIRTH _____

CHART _____

| DATE | SERVICE | NOTES |
|---|---|---|
| 3/11/05 | | *Cancelled (10:00)* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# PROGRESS NOTES

PATIENT NAME _Chris Benoit_
LAST     FIRST     MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 12/14/04 | | CHIEF COMPLAINT _RF meds._ _Achy all over._ |
| | | V.S.    B/P. _130/70_    R.R. _18_    H.R. _72_    TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

# PROGRESS NOTES

PATIENT NAME __Chris Benoit__
      LAST   FIRST   MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 6/16/04 | CHIEF COMPLAINT | _Valium, Soma,_ regular v/up. RF meds — _dorcet, Bontril 35mg._ usual aches & pain, problems. Z-pak. sleeping. |
| | | V.S.   B/P. 122/80    P.R. 18.   H.R. 68    TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |
| | | |

# PROGRESS NOTES

PATIENT NAME: **Chris Benoit**
LAST        FIRST        MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 1/22/04 | | *Soret* |
| | CHIEF COMPLAINT | regular ✓ up RF meds - Ambien or Valium |
| | | neck surgery 2001 - ~~can't~~ took awkward fall |
| | | approx 2mts ago - now having problems ē neck |
| | | V.S. B/P. 118/80  R.R. 18. H.R. 78 TEMP. |
| | R.O.S. | |
| | H.P.I. | sleep well |
| | | wakes almost daily |
| | | stiff / painful neck at |
| | | ⊑ 1 mo. |
| | P.M. HX. | S/P Rx cerv spine |
| | FAMILY/PSYCHOSOCIAL HX. | |
| | H/N | tender / tense neck |
| | CHEST | clear |
| | C.V.S. | |
| | ABD. | |
| | EXT/BACK | mild Atrophy of (R) ARM |
| | NEURO. | 2° to old fx |
| | SKIN | |
| | ASSESSMENT/PROBLEM LIST/PLAN | renew meds / see copy |
| OFFICE TIME | | |

# PROGRESS NOTES

PATIENT NAME _Chris Benoit_

LAST      FIRST      MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 4/34/03 | CHIEF COMPLAINT | |
| | | |
| | | |
| | | V.S.    B/P.    R.R.    H.R.    TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

PFS14F206
Professional Filing Systems, Inc
To Order Call 1 800 241-0418, In Georgia (404) 390-4894

JAN 2 3 2003

# Walgreens
## PRESCRIPTION REFILL REQUEST

780 N GLYNN ST
FAYETTEVILLE, GA  30214-1193
Tel: 770 716-2262    Fax: 770 716-3136

Date:  January 23, 2003                              Time:  6:00 AM

## Physician Information:

Physician:  PHILLIP ASTIN                   Fax: 770-830-6655
Phone:      770-830-0669

## Patient Information:

Patient:   CHRIS BENOIT           DOB:                05/21/67
Address:   304 PEMBERTON         Med Record #:       Not Available
           PEACHTREE CITY, GA 30269   Requested P/U Time: 01/24/03 01:00 AM

## Prescription Information:

Rx Number: 65656-06372            Last Refill Date: 01/16/03

Drug: HYDROCODONE/APAP 10MG/650MG TABS Qty: 40
Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN

Please select one of the following:

☒ Authorized with: PRN  6  5  4  3 (2) 1  0  additional refills
                              (circle one)

☐ Denied _____

☐ Authorized with the following changes: _____
                                                    1-24-03

  Authorized by: _____
☐ Dispense as Written          (print name if not original prescriber)

## Within state regulations, a generic will be substituted unless otherwise indicated.

## PLEASE FAX BACK TO WALGREENS:

770 716-3136
Walgreens, The Pharmacy America Trusts          faxed 1/24/03 KAMA

# PROGRESS NOTES

| PATIENT NAME | *Chris Benoit* |
|---|---|
| | LAST          FIRST          MIDDLE |

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 12/3/02 | | CHIEF COMPLAINT *Reg ✓ up* *40 mick* |
| | | |
| | | V.S.   B/P. *110/70*   R.R. *20*   H.R. *72*   TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD |
| | | EXT/BACK |
| | | NEURO |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

# PROGRESS NOTES

| PATIENT NAME | Chris Benoit | | |
|---|---|---|---|
| | LAST | FIRST | MIDDLE |

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| | | Neg V/up |
| 9/19/02 | CHIEF COMPLAINT | "0 tired; nasal drainage, drainage from nose sometimes has color, ears feels like pressure, dry cough |
| | | V.S.     B/P.         R.R.     H.R.     TEMP |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |
| | | |

PFSI #F206
Professional Filing Systems, Inc.
To Order Call 1-800-241-0419, In Georgia (404) 396-4994

# PROGRESS NOTES

PATIENT NAME Chris Benoit
LAST    FIRST    MIDDLE

DATE OF BIRTH _____

CHART _____

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 9/7/02 | | ANKA (0:30) Karma |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PFSI #F208
Professional Filing Systems, Inc.
To Order Call 1-800-241-0419. In Georgia (404) 396-4994