# PROGRESS NOTES

PATIENT NAME _Chris Benoit_
LAST FIRST MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 5/1/03 | CHIEF COMPLAINT | Reg V/up Voices ∅ new complaints |
| | | |
| | | |
| | V.S. | B/P. 130/88    R.R. 18    H.R. 68    TEMP ___ |
| | R.O.S. | |
| | H.P.I. | |
| | | |
| | | |
| | | |
| | P.M. HX. | |
| | | |
| | FAMILY/PSYCHOSOCIAL HX. | |
| | | |
| | H/N | |
| | CHEST | |
| | C.V.S. | |
| | ABD. | |
| | EXT/BACK | |
| | NEURO. | |
| | SKIN | |
| | | |
| | ASSESSMENT/PROBLEM LIST/PLAN | |
| OFFICE TIME | | |
| | | |

PFSI 8F206
Professional Filing Systems, Inc
To Order Call 1-800-241-0418, In Georgia (404) 396-4994

# PROGRESS NOTES

| PATIENT NAME | *Chris Benoit* |
| --- | --- |
| | LAST      FIRST      MIDDLE |

DATE OF BIRTH _____

CHART _____

| DATE | SERVICE | NOTES |
| --- | --- | --- |
| 4/26/02 | | DNKA (10:00) KCMA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# PROGRESS NOTES

| PATIENT NAME | Christopher Benoit | | |
|---|---|---|---|
| | LAST | FIRST | MIDDLE |

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 01/04/02 | CHIEF COMPLAINT | Reg ↓ up. ↑ muscle tightness due to ↑ workload. RF Soma |
| | | |
| | | V.S.    B/P. $\frac{124}{80}$ (Standing)    R.R. 10    H.R. 64    TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |
| | | |

# PROGRESS NOTES

PATIENT NAME: *Chris Benoit*
LAST    FIRST    MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 10/9/01 | | CHIEF COMPLAINT ✓ up. ?vices ∅ complaints. Had surgery 06/29/01 vmg |
| | | V.S.   B/P. 122/90   R.R. 16   H.R. 64   TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

# PROGRESS NOTES

| PATIENT NAME | Chris Benoit | | | DATE OF BIRTH |
|---|---|---|---|---|
| | LAST | FIRST | MIDDLE | CHART |

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 6/14/01 | CHIEF COMPLAINT | regular v up (voice) ⊕ Complaints |
| | | |
| | | |
| | | V.S.    B/P.       R.R.    R.P.    TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | Chronic pain. |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |
| | | |

# PROGRESS NOTES

PATIENT NAME: Chris Benoit
LAST    FIRST    MIDDLE

DATE OF BIRTH _____

CHART _____

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 6/7/01 | | Cancelled & resched (2:30) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# PROGRESS NOTES

PATIENT NAME __Chris Benoit__
LAST     FIRST     MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|---|---|---|
| 1/17/01 | | CHIEF COMPLAINT _regular ✓ up_ |
| | | |
| | | |
| | | V.S.    B/P. 112/80    R.R.    H.R 48   TEMP. |
| | | R.O.S. |
| | | H.P.I. |
| | | |
| | | |
| | | |
| | | P.M. HX. |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. |
| | | |
| | | H/N |
| | | CHEST |
| | | C.V.S. |
| | | ABD. |
| | | EXT/BACK |
| | | NEURO. |
| | | SKIN |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN |
| OFFICE TIME | | |

# PROGRESS NOTES

PATIENT NAME: _Chris Benoit_
LAST   FIRST   MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 9-7-2000 | CHIEF COMPLAINT | shoulder and elbow pain c/o _clients hurting_ |
| | | feels _llcstomleg_. KCMA |
| | V.S. | B/P. 110/70    R.R. ____    H.R. 60    TEMP. |
| | R.O.S. | |
| | H.P.I. | Same pics As before |
| | | 2° to Westling. |
| | | _mullple injuries is_ |
| | P.M. HX. | _past._ |
| | FAMILY/PSYCHOSOCIAL HX. | |
| | H/N | |
| | CHEST | tender shoulder |
| | C.V.S. | + neck. |
| | ABD. | |
| | EXT/BACK | |
| | NEURO | |
| | SKIN | |
| | ASSESSMENT/PROBLEM LIST/PLAN | _Cont / o_ |
| OFFICE TIME | | _Soma_ |

# PROGRESS NOTES

PATIENT NAME _Chris Benoit_
LAST    FIRST    MIDDLE

DATE OF BIRTH _____

CHART _____

MEDICATIONS ON BACK

| DATE | SERVICE | NOTES |
|------|---------|-------|
| 6/7/00 | CHIEF COMPLAINT | _Heq √ up and get established_ |
| | | |
| | | V.S.    B/P. _____    R.R. _____    H.R _____    TEMP. |
| | | R.O.S. _____ |
| | | H.P.I. _____ |
| | | |
| | | |
| | | |
| | | P.M. HX. _____ |
| | | |
| | | FAMILY/PSYCHOSOCIAL HX. _____ |
| | | |
| | | H/N _____ |
| | | CHEST _____ |
| | | C.V.S. _____ |
| | | ABD. _____ |
| | | EXT/BACK _____ |
| | | NEURO. _____ |
| | | SKIN _____ |
| | | |
| | | ASSESSMENT/PROBLEM LIST/PLAN _____ |
| OFFICE TIME | | |
| | | |

PFSI #F3

## Prescription 1 (top left)

NAME _Chris Benoit_ AGE _____
ADDRESS _____ DATE 6/22/07
Rx ILLEGAL IF NOT SAFETY BLUE BACKGRO

℞

50 mA
#120

1 tab 68° PO prn
muscle pi

Refill _3_ times
☐ Label

_____ (Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
7DIM1144807

## Prescription 2 (top right)

NAME _Chris Benoit_ AGE _____
ADDRESS _____ DATE 6/22/0
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Zoloft 50 mg
# 30

1 tab y day PO

Refill _10_ times
☐ Label

_____ (Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
7DIM1144807

## Prescription 3 (bottom left)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET,
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA5157790

NAME _Chris Benoit_ AGE _____
ADDRESS _____ DATE 6/22/07
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Depo-Testos
200 mg/cc

1 bottle 10 cc

1 cc IM
1 cc y month

Refill _____ times
☐ Label

_____ (Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
7DIM1144807

## Prescription 4 (bottom right)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET,
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA5157790

NAME _Chris Benoit_ AGE _____
ADDRESS _____ DATE 6/22/07
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Concet 10/650
# 120

1 tab y 6° PO prn

Refill _3_ times
☐ Label

_____ (Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
7DIM1144807

**PHIL C. ASTIN III, M.D. P.C.**

**TELEPHONE MESSAGE**

Date: 6·8·07                          Time: _____

To: _____

_____ Urgent    _____ ASAP    _____ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #: (678 372 6554

Caller: Chris                       Temp: _____ (   )

Med./Allergy: _____ (   ) Med. Intolerance: _____ (   )

Pharmacy Name: Publix               Pharmacy #: 486 2026

Message:

RX Xanax

Disposition: _____

If doctor talked with patient: _____

Received by: _____          Handled by: _____
           *(Initials)*                        Barry
                                              *(Pharmacist)*
                                    6·8·07  10:27
                                    *(Date, Time & Initials)*



**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA 3167790

NAME _Chris Benoit_          AGE _____
ADDRESS _____          DATE _2/22/07_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Soma
#100
i tabs 6-8° p.o. prn
muscle pain

DRUG WARNING GIVEN ✓          Refill _2_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻          6LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA 3167790

NAME _Chris Benoit_          AGE _____
ADDRESS _____          DATE _2/22/07_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Depo-Testosteron inject
200 mg/cc
#i bottle
i cc i month Im

DRUG WARNING GIVEN ✓          Refill _0_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻          6LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA 3167790

NAME _Chris Benoit_          AGE _____
ADDRESS _____          DATE _2/22/07_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Lonicet 10/650
#100
i tabs 6° p.o. prn

DRUG WARNING GIVEN ✓          Refill _2_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻          6LIM1144807

PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 6-11-07                     Time: _____

To: _____

_____ Urgent    _____ ASAP    _____ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #:(   )_____

Caller: Deann @ Eckerd's            Temp: _____ (   )

Med./Allergy: _____ (   ) Med. Intolerance: _____ (   )

Pharmacy Name: Eckerd's          Pharmacy #: 4869776

Message:

RX Zoloft 25mg

3R

must make pt. to seen!

be 5° on

Disposition: _____

If doctor talked with patient: _____

Received by: KMA          Handled by: pharmacist
            (Initials)                 (Pharmacist)

                          6/11/07 /11 40/ ama
                          (Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 2-16-07 _____ Time: _____

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name: Chris Benoit _____ Phone #:( )

Caller: _____ Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix _____ Pharmacy #: 7) 486-2026

Message:

Lorcet > 1 r̄

Xanax

Soma ~~~~~ (small amt #300 #60)

Disposition: _____ # 6° 8° p̄°

÷ fub j 6 - 8

If doctor talked with patient: _____

Received by: _____   Handled by: Rita (Barry)
        (Initials)                        (Pharmacist)

2/16/07   1³⁰ pmc —
        (Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 12-22-06                                    Time: _____

To: _____

_____ Urgent        _____ ASAP      ✓ Today        _____ Tomorrow

Patient Name: Chris Benoit                    Phone #: (    ) 487-2745

Caller: Chris                                        Temp: _____ (    )

Med./Allergy: _____ (    ) Med. Intolerance: _____ (    )

Pharmacy Name: Publix                    Pharmacy #: 486-2026

Message:
                            R9 Doreet

                                    R
                                    needs,
                                    mgt,
                                    after
                                    X-mgt

Disposition: _____

If doctor talked with patient: _____

Received by: _____ Handled by: _____ Barry
            (Initials)                              (Pharmacist)
                            CC 12-22-06 @ 2:30
                                    (Date, Time & Initials)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA3167790

NAME  Chris Benoit          AGE
ADDRESS _____ DATE 11/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

XANAX II mg
#150
1 tab q 6° po prn

Refill ___ 3 ___ times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻        6GIM1144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA3167790

NAME  Chris Benoit          AGE
ADDRESS _____ DATE 11/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Ambien CR
12.5 mg
#30         prn.
1 tab       prn hs
            3

Refill ___ times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻        6GIM1144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA3167790

NAME  Chris Benoit          AGE
ADDRESS _____ DATE 11/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Zoloft 25 mg
#30
1 tab q d

Refill ___ 6 ___ times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻        6GIM1144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669          DEA # BA3167790

NAME  Chris Benoit          AGE
ADDRESS _____ DATE 11/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Concerta 10 mg
#150
1 tab q 4-6° prn

Refill ___ 3 ___ times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
♻        6GIM1144807



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 10-13-06                           Time: _____

To: _____

_____Urgent      _____ASAP      ✓ Today      _____Tomorrow

Patient Name: Chris Beniet              Phone #:( ) 4872745

Caller: Chris)                          Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix              Pharmacy #: 486·2026

Message:
would like Ambien CR

12.5 mj
30
#
1 tab y   H.S
2R

Disposition: _____

If doctor talked with patient: _____

Received by: KMM
(Initials)

Handled by: Barry @ Publix
(Pharmacist)

10/13/06   2:19   Wmg
(Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: _10·5·06_          Time: _____

To: _____

_____ Urgent          _____ ASAP          _✓__ Today          _____ Tomorrow

Patient Name: _Kris Beniot_          Phone #:(___)_____

Caller: _Chris_          Temp: _____ (___)

Med./Allergy: _____ (___) Med. Intolerance: _____ (___)

Pharmacy Name: _Publix_          Pharmacy #: _480-2026_

Message: _RJ Lorcet_

_____

Disposition: _____

_____

If doctor talked with patient: _____

Received by: _KMA_          Handled by: _Barry_
        (Initials)                        (Pharmacist)

_CC 10·5·06 @ 4:02_
        (Date, Time & Initials)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
1702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0689          DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS ____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Refill 6 times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write "Brand
Necessary" or "Brand Medically Necessary" on the prescription.
                                   SLIM11144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
1702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0689          DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS ____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Refill 3 times
☐ Label

(Signature)

To ensure brand name dispensing, prescriber must write "Brand
Necessary" or "Brand Medically Necessary" on the prescription.
                                   SLIM11144807

---



PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
1702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0689          DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS ____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Refill 3 times
☐ Label

(Signature)

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669                    DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS _____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

XANAX 2 mg
#150
i tab 6° p.o. prn

Refill 3 times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
5LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669                    DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS _____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

testerone 200 mg/1ml
# 1 bottle
10 ml.
As direct IM

Refill 4 times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
5LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0669                    DEA # BA 3167790

NAME _Chris Benoit_ AGE ____
ADDRESS _____ DATE 5/3/06
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Lortab 10
#150
i tab 4-6° po

Refill 3 times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write 'Brand
Necessary' or 'Brand Medically Necessary' on the prescription.
5LIM1144807

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 4-28-06                    Time: _____

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit            Phone #:(___)_____

Caller: Chris                         Temp: _____ (___)

Med./Allergy: _____ (___) Med. Intolerance: _____ (___)

Pharmacy Name: Publix         Pharmacy #: 486-2026

Message:
Just enough until his appt
Dr. Their of Lorcet

                        # 4⁰
                              4-6
                        ? jmk

Disposition: _____

_____

If doctor talked with patient: _____

Received by: KMM            Handled by: Barry @ Publix
           (Initials)                    (Pharmacist)

                        04/28/06  1:20  vmg
                        (Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 4.13.06                    Time: _____

To: _____

_____ Urgent    _____ ASAP    _____ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #:( ) 486-1499

Caller: _____      Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix          Pharmacy #: 486-2026

Message:    R9 Benoit

PR

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: _____    Handled by: Greg
              (Initials)                        (Pharmacist)

CC 4-13-06 @ 6:10
              (Date, Time & Initials)

# REFILL   REQUEST

## AUTO-FAX ELECTRONICALLY TRANSMITTED: 03/14/2006  9:10 AM    EST

**CVS/pharmacy**
Store: 2544
101 LEXINGTON CIRCLE
PEACHTREE CITY, GA 30269
Phone: (770) 486-1639

FAX:(770) 486-6174

Doctor: PHIL C ASTIN

702 DIXIE ST
CARROLLTON, GA 30117
Phone: (770) 830-0669

FAX: (770) 830-6655

**For Patient:**
BENOIT, CHRIS                    DOB: 05/21/1967
304 PEMBERTON CT
PEACHTREE CITY, GA 30269
Phone: (770) 486-1499

**For Prescription:**
Rx#: 173640                    Last Filled: 02/12/2006

HYDROCODONE/APAP 10/650 TABMCK
Qty. Prescribed: 150

SIG: TAKE 1 TABLET BY MOUTH  EVERY 4 TO 6 HOURS AS   NEEDED

Comments from pharmacy:

**Authorization:**

○ Not Authorized

⊘ Authorized this time plus ___/ additional refills
○ Generic Equivalent Authorized

Prescriber Comments/changes:

| Prescribers Name(Printed): _Astin TT_ | Prescriber's DEA #: _BA3167750_ |
|---|---|
| Prescriber's Signature: | Date: _3/15/06_ |

**Massachusetts Only:** Interchange is Mandated unless Practitioner writes the words "No Substitution"

The information contained in this electronic message as well as any attachments to this message are intended for the exclusive use of the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, please destroy all copies of this message as well as its attachments and advise the sender immediately.

_faxed 3/16/06_
_Kenna_

PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 3/24/06                          Time: _____

To: _____

_____ Urgent          _____ ASAP          _____ Today          _____ Tomorrow

Patient Name: Chris Benoit                   Phone #: (678) 372 - 6554

Caller: Chris                                Temp: _____ (_____)

Med./Allergy: _____ (_____) Med. Intolerance: _____ (_____)

Pharmacy Name: Publix                        Pharmacy #: 7) 486 - 2026

Message:

Rf - Lorcet

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: APD          Handled by: Greg
             (Initials)                    (Pharmacist)

03/24/06  11:52 am  kmg
(Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 3-1-06                                    Time: _____

To: _____

_____ Urgent        _____ ASAP        ✓ Today        _____ Tomorrow

Patient Name: Chris Benoit                Phone #:( ) 6783236554

Caller: _____        Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Eckerd's          Pharmacy #: 770 4869776

Message:

Rx Ambien 10 mg

# 30    HS. prn

1 tab q HS    3 r

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: _____        Handled by: Cap
            *(Initials)*                    *(Pharmacist)*

                              3/10 @ 10:48
                              *(Date, Time & Initials)*

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE ST
CARROLLTON, GA  3819
(770) 830-0569     DEA # BA 167790

NAME _Chris Benoit_     AGE ____
ADDRESS _____     DATE _9/1/05_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

SOMA
#150
1 tablet, 6° PO
prn

Refill _3_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻     5FIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0569     DEA # BA 167790

NAME _Chris Benoit_     AGE ____
ADDRESS _____     DATE _9/15/05_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Lorcet 10 mg
#150
1 tab, 4-6° PO prn

Refill _3_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻     5FIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117-3819
(770) 830-0569     DEA # BA 167790

NAME _Chris Benoit_     AGE ____
ADDRESS _____     DATE _9/1/05_
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

XANAX 1 mg
#150
1 tab, 6° PO prn

Refill _3_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻     5FIM1144807



PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 8-8-05          Time: _____

To: _____

_____ Urgent     _____ ASAP     ✓ Today     _____ Tomorrow

Patient Name: Chris Benoit       Phone #: ( )

Caller: _____ Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: CVS       Pharmacy # 580·756·0481

Message:

Lorcet 10/650 #150 ↑ q 4° prn

Disposition: _____

If doctor talked with patient: _____

Received by: AC
        (Initials)     Handled by: Charlie
                                  (Pharmacist)

                          8/8/05 3:26pmc
                          (Date, Time & Initials)



## PHIL C. ASTIN III, M.D. P.C.

### TELEPHONE MESSAGE

Date: 7-22-05                           Time: _____

To: _____

_____Urgent        _____ASAP        _____Today        _____Tomorrow

Patient Name: _Chris Benoit_                Phone #:(770) 486-7499

Caller: _____Chris_____                Temp: _____(____)

Med./Allergy:_____ (____) Med. Intolerance:_____(____)

Pharmacy Name: _Publix_                Pharmacy #:(770) 486-2026

Message:

_____ RF - Lorcet 10/650  #150  īg 4° PRN

_____ /R_____

_____

_____

Disposition:_____

_____

_____

If doctor talked with patient:_____

Received by: _APD_                Handled by: _Barry._
        _(Initials)_                        _(Pharmacist)_

                        _7/22/05   2⁴³pmc._
                        _(Date, Time & Initials)_

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 5/19/05                     Time: _____

To: _____

_____ Urgent     _____ ASAP     _____ Today     _____ Tomorrow

Patient Name: Chris Benoit                Phone #:( )

Caller: Pharmacy                          Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: _____        Pharmacy #: _____

Message:

Per PCAIII - ok w/ lortab
#150 Tq 4h
(6 days early)

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: APD
(Initials)

Handled by: Courtney
(Pharmacist)

5/19/05 APD 5:10pm
(Date, Time & Initials)

ILLEGAL ILLEGAL ILLEGAL

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669          DEA # BA3167790

NAME _Chris Benoit_

ADDRESS _____  DATE 3/24/05

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

50 mg

# 150

i tab, 6° p.o. prn

Refill __3__ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.

4LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669          DEA # BA3167790

NAME _Chris Benoit_

ADDRESS _____  DATE 3/24/05

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Concet 10

# 150

i tab, 4° p.o. prn

Refill __3__ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.

4LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669          DEA # BA3167790

NAME _Chris Benoit_

ADDRESS _____  DATE 3/24/05

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_____ patch

# i patch

as direct

Refill _X_ times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.

4LIM1144807



### PHIL C. ASTIN III, M.D. P.C.

### TELEPHONE MESSAGE

Date: 3-11-05　　　　　　　　　　　Time: _____

To: _____　　　_____

_____ Urgent　　_____ ASAP　　✓ Today　　_____ Tomorrow

Patient Name: Chris Benoit　　　　　Phone #: (　)_____

Caller: Chris　　　　　　　　　　Temp: _____ (　)

Med./Allergy: _____ (　) Med. Intolerance: _____ (　)

Pharmacy Name: Eckerd's　　　　　Pharmacy #: 487-6877

Message:

RX Lorcet 10

#150

/R

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: KAMA _____　Handled by: John
　　　　　　(Initials)　　　　　　　　　　　　(Pharmacist)

　　　　　　　　　　　　　　　　APD 3-11-05 2pm
　　　　　　　　　　　　　　　　(Date, Time & Initials)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669                    DEA# BA 3167790

NAME _Chris Benoit_                    AGE ___

ADDRESS _____    DATE _12/13/04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

50 mg

# 150

i tab, 6° p.o. prn

Refill __3__ times

☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.

♻                                        4FIM1144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669                    DEA# BA 3167790

NAME _Chris Benoit_                    AGE ___

ADDRESS _____    DATE _2/13/0_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Concet 10

# 150

i tab, 4° p.o. prn

Refill __3__ times

☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.

♻                                        4FIM1144807



PHIL C. ASTIN III, M.D. P.C.

TELEPHONE MESSAGE

Date: 12-2-04                          Time: _____

To: _____

_____ Urgent    _____ ASAP    ⸺ Today    _____ Tomorrow

Patient Name: Chris Benoit                Phone #:( ) 678-373-6554

Caller: Chris                             Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Eckerd's              Pharmacy #: 486-9776

Message:

RD Lucet

1R

Disposition: _____

_____

If doctor talked with patient: _____

Received by: KMM                Handled by: Robbie
            (Initials)                      (Pharmacist)

            CC 12-2-04 @ 2:44
               (Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 11-4-04                          Time: _____

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #: ( ) 487-1499

Caller: Chris                        Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix          Pharmacy #: 486-2026

Message:
                                     two wks early
              RX Lorcet    ← 1R

Eckard's spoke c Mary Ellen
for                        two wks early
Disposition: RX Soma   -  1R

487-6877

If doctor talked with patient: _____        Spoke c Greg @ Publix
                                                      Spoke c John @ Eckard
Received by: KMM
             (Initials)          Handled by: _____
                                             (Pharmacist)
                                    KMM 11/4/04 @
                                    (Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 10-12-06                    Time: _____

To: _____

___ Urgent      ___ ASAP      ✓ Today      ___ Tomorrow

Patient Name: Chris Benoit          Phone #:( ) ~~678~~ 487-1499

Caller: Chris                       Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Eckerd's          Pharmacy #: 487-6877

Message:

RX Lorcet 10 mg #150
tq 6 prn
JR

Disposition: _____

_____

If doctor talked with patient:

Received by: KMA          Handled by: John
              (Initials)                    (Pharmacist)

_____
                              (Date, Time & Initials)

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 9-2-04                                Time: _____

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #:( ) 678-372-6554

Caller: Chris                        Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: CVS                   Pharmacy #: 486-1639

Message: Rx Vicoden

Disposition: _____

If doctor talked with patient: _____

Received by: _____ (Initials)    Handled by: DCN (Pharmacist)

CC 9-2-04 @ 10:22 (Date, Time & Initials)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0689                     DEA # BA 3167790

NAME *Chris Benoit*                   AGE

ADDRESS _____ DATE 6/16/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

50 mnt
#120
i tab, 6° po prn

Refill 4 times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
                                    3LIM1144B07

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0689                     DEA # BA 3167790

NAME *Chris Benoit*                   AGE

ADDRESS _____ DATE 6/16/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Valium 10 mg
#120
i tab, 6° po prn

Refill 4 times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
                                    3LIM1144B07

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0689                     DEA # BA 3167790

NAME *Chris Benoit*                   AGE

ADDRESS _____ DATE 6/14/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Bontril 35 mg
#60
BID

Refill 2 times
☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
                                    3LIM1144B07

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0689                     DEA # BA 3167790

NAME *Chris Benoit*                   AGE

ADDRESS _____ DATE 6/16/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Loncet 10 mg
#150
i tab, 6° po prn

Refill 4 times
☐ Label

_____
(Signature)

LEGAL ILLEGAL      LEGAL ILLEGAL

**Left prescription:**

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669      DEA # BA 3167790

NAME _Chris Benoit_  AGE

ADDRESS      DATE 6/16/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Ambien 10 mg

#30

i tab j HS prn

Refill _4_ times

☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
3LIM1144807

**Right prescription:**

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669      DEA # BA 3167790

NAME _Chris Benoit_  AGE

ADDRESS      DATE 6/16/04

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

pak

# i pak

as directed

Refill _3_ times

☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
3LIM1144807



PHIL C. ASTIN III, M.D. P.C.

TELEPHONE MESSAGE

Date: 4·29·04                              Time: _____

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name: Chris Benoit                Phone #( ) _____

Caller: _____             Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix                     Pharmacy #: 486-2026

Message:

RI Bontril

OK per Dr. Astin just this one X

Disposition: _____

_____

_____

If doctor talked with patient _____

Received by: KMM (Initials)      Handled by: Gier (Pharmacist)

KMM 4/29/04
(Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

TELEPHONE MESSAGE

Date: 4·29·04    Time: _____

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit    Phone #: ( )

Caller: Chris    Temp: ( )

Med./Allergy: _____ ( ) Med Intolerance: ( )

Pharmacy Name: Eckerd's    Pharmacy #: 487-6877

Message:

RE Valium 10mg

~~Lortab~~

Lorcet 10mg

Ambien 10mg

Disposition: OK per Dr Astin ✓ X

Viagra 100mg #10 + one hour

before activity c̄

e r/s

If doctor talked with patient _____

Received by: KMM (Initials)    Handled by: Cecila (Pharmacist)

KMM 4/29/04 (Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

TELEPHONE MESSAGE

Date: 3-23-04                                   Time: _____

To: _____

_____ Urgent        _____ ASAP        _____ Today        _____ Tomorrow

Patient Name: Chris Beniot          Phone #:( )_____

Caller: _____ Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix          Pharmacy #: 770 486·2026

Message:
                    Percet
Weuld like just #30 left.
the Others in Detroit @ Hospital

Disposition: _____ Loncet 10
                              # 30
                              46°
                              ¿ fnj

If doctor talked with patient

Received by: DMA          Handled by: Greg
            (Initials)                    (Pharmacist)

                    CC 3·23-04 @ 10:58
                         (Date, Time & Initials)

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669     DEA #: BA 3157790

NAME _Chris Benoit_   AGE _____
ADDRESS _____ DATE _1/22/04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Valium 10 mg_

_#120_

_1/2 - 1 tabs q 6° PO_
_prn_

Refill _3_ times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♲        3LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669     DEA #: BA 3157790

NAME _Chris Benoit_   AGE _____
ADDRESS _____ DATE _1/22/04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Bontril 35 mg_

_#30_

_1 tab   AM_

Refill _2_ times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♲        3LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669     DEA #: BA 3157790

NAME _Chris Benoit_   AGE _____
ADDRESS _____ DATE _1/22/04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Concerta 10 mg_

_#150_

_1 tab   4-6° PO PRN_

Refill _X3_ times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
3LIM1144807

---

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669     DEA #: BA 3157790

NAME _Chris Benoit_   AGE _____
ADDRESS _____ DATE _1/22/04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Ambien 10 mg_

_#30_

_1 tab q HS PRN_
_insom_

Refill _3_ times
☐ Label

_(Signature)_

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
3LIM1144807



PHIL C. ASTIN III, M.D. P.C.

**TELEPHONE MESSAGE**

Date: 11-24-03                                        Time: _____

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit                Phone #:(    ) _____

Caller: Chris                                    Temp: _____ (    )

Med./Allergy: _____ (    ) Med. Intolerance: _____ (    )

Pharmacy Name: Wal Mart          Pharmacy #: 208·321·9080

Message: Rx for Soma / #100 ± q 6° prr
                                            /R

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: _KMM_ (Initials)     Handled by: Robert (Pharmacist)

CC 11-24-03 @ 1:56
(Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 9-22-03                    Time: _____

To: _____

_____ Urgent    _____ ASAP    _____ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #: (678) 372-6554

Caller: Chris                       Temp: _____ (___)

Med./Allergy: _____ (___) Med. Intolerance: _____ (___)

Pharmacy Name: CVS                  Pharmacy #: (610) 868-5122

Message:

Rf- Ambien 10mg
#30 Tqhspm

Disposition: _____

_____

_____

If doctor talked with patient _____

Received by: APD                Handled by: Lucille
            (Initials)                      (Pharmacist)

                        9-22-03  APD  3:00
                        (Date, Time & Initials)

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 6-30-03          Time: _____

To: _____

_____ Urgent     _____ ASAP     _____ Today     _____ Tomorrow

Patient Name: Chris Beniet     Phone #:( )

Caller: Chris     Temp: ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Toledo's     Pharmacy #: 315-452-1110

Message:

RX Ambien 10mg

West past
before bath
Brewerton Rd
North Syracuse NY 13212
#30

i tab j HS pm

Mailed out on
7/2/03

Disposition: _____

If doctor talked with patient: _____

Received by: KMA (Initials)     Handled by: David (Pharmacist)

CC 6-30-03 @ 4:14
(Date, Time & Initials)

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0689          DEA # BA 3167790

NAME _Chris Benoit_ AGE _____

ADDRESS _____ DATE _6/390_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Ambien 10 mj_

_# 30_

_1 tab HS PRN_

Refill _0_ times

☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻          3EIM1144807

**PHIL C. ASTIN, III, M.D.**
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117

(770) 830-0669                    DEA # BA 3107790

NAME _Chris Benoit_                    AGE _____

ADDRESS _____    DATE _4/24/08_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

**Rx**

ATUSS-MS
89

_± - #1 tsp_ 4° p.o. prn
cough

Refill _3_ times

☐ Label

_____
(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻                                              2LIM1144807



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 4·11·03                           Time: 10:19

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #:( )

Caller: Chris                       Temp: ( )

Med./Allergy: _____ ( ) Med. Intolerance: ( )

Pharmacy Name: Kroger       Pharmacy #: 502-458-9511

Message:

RX Lorcet 10mg #150 † q 4-6 pm

TR

Disposition: _____

If doctor talked with patient: _____

Received by: KMA (Initials)     Handled by: Mann (Pharmacist)

KMA 4/11/03 @ 12:08
(Date, Time & Initials)

PHIL C. ASTIN III, M.D. P.C.

**TELEPHONE MESSAGE**

Date: 3-24-03          Time: 2:28

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit          Phone #: (   ) 331·4285

Caller: Chris          Temp: (   )

Med./Allergy: _____ (   ) Med. Intolerance: _____ (   )

Pharmacy Name: Publix          Pharmacy #: 486·2026

Message:

RX Valium 10 mg

/ R

Disposition: _____

_____

_____

If doctor talked with patient: _____

Received by: KMA (Initials)          Handled by: Left message (Pharmacist)

3/24/03  3³⁰ᵖ  mc
(Date, Time & Initials)

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669          DEA # BA 3167790

NAME _Chris Benoit_          AGE ____
ADDRESS _____      DATE 9/19/02
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Lonest 10 ms_

_# 150_

_7 tab 4-6° prn_

Refill X3 times
☐ Label

_____(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻          2GIM1144807

---

PHIL C. ASTIN, III, M.D.
INTERNAL MEDICINE
702 DIXIE STREET
CARROLLTON, GA 30117
(770) 830-0669          DEA # BA 3167790

NAME _Chris Benoit_          AGE ____
ADDRESS _____      DATE 9/18/02
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_Valium 10 mg_

_# 120_

_1/2 - 1/4 tab 6° prn_

Refill X3 times
☐ Label

_____(Signature)

To ensure brand name dispensing, prescriber must write
'Brand Necessary' or 'Brand Medically Necessary' on the prescription.
♻          2GIM1144807



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 9-9-02                    Time: 3:40

To: _____

_____ Urgent    _____ ASAP    __✓__ Today    _____ Tomorrow

Patient Name: Chris Benoit                    Phone #: (___)

Caller: Chris                                          Temp: _____ (___)

Med./Allergy: _____ (___) Med. Intolerance: _____ (___)

Pharmacy Name: Publix          Pharmacy #: 770 486-2036

Message: R3 Lucet Plus

Disposition: _____

If doctor talked with patient: _____

Received by: K/MA          Handled by: Greg
              (Initials)                         (Pharmacist)

                              KMA 9-9-02 @ 6:14
                              (Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 7-8-02                     Time: 4:15

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name: Chris Benoit                Phone #:(   )

Caller: Nancy                             Temp: _____ (   )

Med./Allergy: _____ (   ) Med. Intolerance: _____ (   )

Pharmacy Name: Publix              Pharmacy #: 770 486-2026

Message: RS Lorcet 10

2 R/

Disposition: _____

If doctor talked with patient: _____

Received by: KMA          Handled by: Greg
_(Initials)_                            _(Pharmacist)_

KMA  7-9-02 @ 11:43
_(Date, Time & Initials)_

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 5-20-02                    Time: 3:43

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit                Phone #: ( ) 486-1499

Caller: Chris                              Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix              Pharmacy #: 486-2026

Message:

RX Valium 10 mg

1V0, 8   2R

1, 6

Disposition: _____

If doctor talked with patient: _____

Received by: _KHM_ (Initials)    Handled by: left message (Pharmacist)

5:35 APD 5/20/02
(Date, Time & Initials)

# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 4-8-02                                    Time: 1:48

To: _____

_____ Urgent        _____ ASAP        ✓ Today        _____ Tomorrow

Patient Name: Chris Benoit                    Phone #:(    )

Caller: Chris                                        Temp: _____ (    )

Med./Allergy: _____ (    ) Med. Intolerance: _____ (    )

Pharmacy Name: Kroger in Ohio        Pharmacy #: 1-513-771-2970

Message:

left Medications @ home Now in
Ohio for training. Could you please)
call in Chris's Kerce Plus & Soma)
            Lorcet 10
Disposition: _____ # 120 o po prn / 1 R
                            i tab, 6° 

If doctor talked with patient: _____     50 mA # 120 o po prn / 1 R
                                          i tab. 8° 6°
Received by: ACMA                Handled by: _____ George
            (Initials)                              (Pharmacist)

                            ACMA 4-8-02 @ 2 PM
                            (Date, Time & Initials)



PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 12-14-01          Time: 1526

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name: Chris Benoit          Phone #: ( ) 486-1499

Caller: Nancy Benoit          Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Phillip          Pharmacy #: 770-486-2026

Message:

RE Lorcet 10

Disposition: _____

If doctor talked with patient: _____

Received by: KMA          Handled by: Tom
          (Initials)                    (Pharmacist)

          C.C. 12-14-01 @ 3:11
                    (Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 9-20-01          Time: 2:56

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name: *Chris Benoit*          Phone #:( ) 486-1499

Caller: *Chris*          Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: *Publix*          Pharmacy #: 770-486-2056

Message:

R2 Facet 10

*VB*

Disposition: _____

If doctor talked with patient: _____

Received by: *KMA* (Initials)          Handled by: *left message* (Pharmacist)

9/20/01  7:40  *EL*
(Date, Time & Initials)



# PHIL C. ASTIN III, M.D. P.C.

## TELEPHONE MESSAGE

Date: 7-24-01                    Time: 9840

To: _____

_____ Urgent    _____ ASAP    ✓ Today    _____ Tomorrow

Patient Name: Chris Benoit              Phone #:( ) 486-1499

Caller: Chris                           Temp: _____ ( )

Med./Allergy: _____ ( ) Med. Intolerance: _____ ( )

Pharmacy Name: Publix          Pharmacy #: 770-486-2026

Message:

R2 Soma

2P²

Disposition: _____

If doctor talked with patient: _____

Received by: KMA
(Initials)

Handled by: Nina
(Pharmacist)

KMA 7/24/01 6:20
(Date, Time & Initials)

PHIL C. ASTIN III, M.D.

Telephone Message

Date 6/4/01      Time 9:33

To: _____

_____Urgent _____ASAP ✓Today _____Tomorrow

Patient Name Chris Benoit   Phone # _____

Caller Nancy      Temp 770-486-1499 ( )

Med Allergy_____( )Med Intolerance_____( )

Pharmacy Name Publix   Pharmacy # 770 486-2026

Message: R9 Percocet 10

OK

Disposition_____

If doctor talked with patient _____

Spoke c Andy

Recv'd by KCMA      Handled by KCMA 6/4/01 @ 10:12

PHIL C. ASTIN III, M.D.

Telephone Message

Date 12/29/00   Time 1:57

To: _____

_____ Urgent   _____ ASAP   ✓ Today   _____ Tomorrow

Patient Name *Chris Benoit*   Phone # (770) 486-0577

Caller *Nancy*   Temp _____ (     )

Med Allergy _____ (     ) Med Intolerance _____ (     )

Pharmacy Name *Publix Peachtree*   Pharmacy # 486-2026

Message: RX Lorcet Plus)
Soma)
OK 2 R

Disposition _____

_____

_____

If doctor talked with patient _____

Recv'd by KMA   Handled by KMA Spoke c Jerry 12/29/00 @ 3:50

PHIL C. ASTIN III, M.D.

Telephone Message

Date 11/28/00          Time 11:23

To: _____

_____ Urgent    _____ASAP    ✓ Today    _____Tomorrow

Patient Name Chris Benoit    Phone # _____

Caller Nancy Sullivan    Temp 770-486-0577 )

Med Allergy_____ (____) Med Intolerance _____ (____)

Pharmacy Name Publix    Pharmacy # (770)486-2026

Message: RX Lorcet 10 ⟩
          Soma ⟩    1/2

Disposition_____

If doctor talked with patient _____

Recv'd by KCMA          Handled by KCMA 11/28/00 @ 6:08
                                      spoke c Jenny

PROGRESS NOTES

PATIENT NAME _Chris Benoit_
LAST          FIRST          MIDDLE

DATE OF BIRTH _____

CHART _____

| DATE | SERVICE | NOTES |
|------|---------|-------|
|      |         | **telephone Note** |
|      |         | **Date:** 6/29/2000 |
|      |         | **Time:** 2:39 |
|      |         | **Problem:** Rf Lucet 10 #120 |
|      |         | **Caller:** 2am @ Kroger Peachtree City |
|      |         | **Telephone Number:** (770)-486-0577 |
|      |         | **Drug Store:** Kroger Peachtree City |
|      |         | (770) 487-3749? |
|      |         | **Rephy:** |
|      |         | **call back:** Deidee |
|      |         | **Name/time:** KCmA 6/30/00 @ 8:45 |

PFSI 3F20