AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Maureen Toffoloni and Paul Toffoloni <br> Plaintiff <br> v. <br> Phil Carroll Astin III, M.D. <br> Defendant | ) ) ) ) ) ) Civil Action No. 3:09-CV-62 JTC |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Phil Carroll Astin III, M.D.
532 Cedar Street
Carrollton, Georgia 30117

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard P. Decker, Esq.
Hallman & Wingate, LLC
166 Anderson Street, Suite 210
Marietta, Georgia 30060

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten, Clerk

Name of clerk of court

Date: JUN 1 0 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                      _____
                                                  Server's signature

                                        _____
                                                 Printed name and title

                                        _____
                                                    Server's address